# In the United States Court of Federal Claims

No. 06-712T

(Filed: December 11, 2006)

```
*********************************** *
CHARLES W. BASSING, III,            *
                                    *
                    Plaintiff,      *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
                                    *
*********************************** *
```

ORDER

On December 8, 2006, Defendant filed with the Court a motion for a 60-day time extension to respond to Plaintiff's Complaint. Defendant did not indicate whether Plaintiff objects to the motion. Based upon a review of the Complaint, this matter does not appear overly complex. The allowance of an additional 60 days to respond to the Complaint is unwarranted, but the Court will allow a 30-day time extension. Accordingly, for good cause shown, Defendant shall respond to Plaintiff's Complaint on or before January 12, 2007. Further extensions will not be granted absent a showing of exceptional circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge