# In the United States Court of Federal Claims

No. 06-712T

(Filed: March 15, 2007)

```
*********************************** *
CHARLES W. BASSING, III,            *
                                    *
                    Plaintiff,      *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                    Defendant.      *
                                    *
*********************************** *
```

ORDER

On March 15, 2007, the Court held a preliminary scheduling conference with counsel for the parties. With the agreement of counsel, the Court established Friday, March 23, 2007, as the date for completion of initial disclosures. The Court also set the following deadlines:

1. Initial discovery relating to the preliminary issues discussed in the Joint Preliminary Status Report shall be completed by September 10, 2007.

2. The parties shall submit a Joint Status Report on or before October 10, 2007. Counsel shall include in the Report a proposed schedule for further proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge