**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-712 T**
**(Judge Thomas C. Wheeler)**

---

**CHARLES W. BASSING, III**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**JOINT STATUS REPORT**

---

Pursuant to the Court's order filed on March 15, 2007, the parties submit the following Joint Status Report.

1. As indicated at the preliminary scheduling conference, the parties have identified a preliminary legal issue that may dispositively resolve the above captioned case.

2. Consistent with the Court's order filed March 15, 2007, the parties have conducted discovery related to the preliminary issue.

3. Defendant is currently preparing its motion and supporting brief to dismiss the Complaint.

4. The parties propose the following schedule to resolve the preliminary issue:

November 15, 2007 - Defendant's motion to dismiss the complaint due.

December 17, 2007 - Plaintiff's response due.

January 3, 2008 - Defendant's reply due.

January 2008 - Argument to be scheduled at the Court's convenience.

5. The parties agree to schedule additional proceedings, if necessary, pending the Court's decision on the preliminary issue.

6. If the Court is not opposed to the parties' suggested schedule, the parties respectfully request that the Court enter a scheduling order adopting the above schedule.

Respectfully submitted,

October 10, 2007

s/ Patrick G. Dooher

PATRICK G. DOOHER
*1700 K Street, NW*
*Suite 300*
*Washington, D.C. 20006*
*Voice: (202) 452-7991*
*Fax: (202) 452-7989*
*Email: patrick.dooher@bipc.com*

Counsel for Plaintiff

October 10, 2007

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General,*
*Tax Division*
DAVID D. GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

October 10, 2007

s/ Mary M. Abate

Of Counsel

Counsel for Defendant