# In the United States Court of Federal Claims

No. 06-712T

(Filed: October 11, 2007)

```
*********************************** *
CHARLES W. BASSING, III,            *
                                    *
                   Plaintiff,       *
                                    *
 v.                                 *
                                    *
THE UNITED STATES,                  *
                                    *
                   Defendant.       *
                                    *
*********************************** *
```

ORDER

On October 10, 2007, the parties filed a Joint Status Report and submitted a proposed schedule for further proceedings. The Court adopts the schedule as proposed, and directs the parties to observe the following deadlines:

1. Defendant's motion to dismiss the complaint shall be filed by November 15, 2007.

2. Plaintiff's response shall be filed by December 17, 2007.

3. Defendant's reply shall be filed by January 3, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge