**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-712 T**
**(Judge Thomas C. Wheeler)**

---

**CHARLES W. BASSING, III**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

**DECLARATION OF JEFFREY R. MALO**

---

I, Jeffrey R. Malo, declare as follows:

1. I am a trial attorney with the Court of Federal Claims Section, Tax Division, United States Department of Justice.

2. I am the attorney of record for the United States in the above-captioned proceeding.

3. In my official capacity as attorney of record for the United States, I have in my custody and control certain files of the Internal Revenue Service ("IRS") with respect to the taxable years in suit in the above-captioned case.

4. The following documents, true and correct copies of which are attached hereto and identified by exhibit number immediately below, are contained in the IRS's official files for this case:

**Exhibit 9 –** 1991 Form 1040, *U.S. Individual Income Tax Return,* for the plaintiff, Charles W. Bassing, III.

**Exhibit 10 –** 1991 Form 1040X, *Amended U.S. Individual Income Tax Return,* for the plaintiff, Charles W. Bassing, III.

**Exhibit 11 -** Notice of Disallowance of plaintiff's 1991 refund claim, dated September 3, 2003.

5. The following documents, true and correct copies of which are attached hereto and identified by exhibit number immediately below, were obtained from plaintiff's counsel of record during initial discovery for this case:

**Exhibit 1 –** 1110 Bonifant Limited Partnership Agreement and Certificate dated April 30,
1985.

**Exhibit 2 -** 1110 Bonifant Limited Partnership Amendment to the Agreement and Certificate of Limited Partnership dated April 1, 1988, retroactive to December 31, 1987.

**Exhibit 3 -** First Amendment to the Certificate and Agreement of Limited Partnership dated August 23, 1988.

**Exhibit 4 -** Building Loan Agreement dated November 18, 1985.

**Exhibit 5** - Guaranty date November 18, 1985.

**Exhibit 6 -** Settlement Agreement dated February 1, 1991.

**Exhibit 7 -** 1991 General and Limited Partner Schedule K-1's for the plaintiff, Charles W. Bassing, III**.**

**Exhibit 8 -** Release and Indemnification Agreement dated February 1, 1991.

**Exhibit 12 -** 1991 Form 1065, *U.S. Partnership Return of Income,* for 1110 Bonifant Limited Partnership (without partners' Schedules K-1).

**Exhibit 13 -** Plaintiff's Responses to Defendant's First Set of Interrogatories

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on November 15th, 2007, in Washington, D.C.

s/Jeffrey R. Malo
JEFFREY R. MALO