**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-712 T**
**(Judge Thomas C. Wheeler)**

---

**CHARLES W. BASSING, III**

**Plaintiff,**

**v.**

**THE UNITED STATES**

**Defendant.**

---

## INDEX OF EXHIBITS

---


**Exhibit 1** – 1110 Bonifant Limited Partnership
Agreement and Certificate dated April 30, 1985.......................... Gov. 1 - Gov. 19

**Exhibit 2 -** 1110 Bonifant Limited Partnership
Amendment to the Agreement and Certificate
of Limited Partnership dated April 1, 1988,
retroactive to December 31, 1987................................................ Gov. 20 - Gov. 30

**Exhibit 3 -** First Amendment to the Certificate
and Agreement of Limited Partnership dated
August 23, 1988............................................................................ Gov. 31 - Gov. 36

**Exhibit 4 -** Building Loan Agreement dated
November 18, 1985........................................................................ Gov. 37 - Gov. 58

**Exhibit 5 -** Guaranty date November 18, 1985........................... Gov. 59 - Gov. 61

**Exhibit 6 -** Settlement Agreement dated February 1, 1991.......... Gov. 62 - Gov. 67

**Exhibit 7 -** 1991 General and Limited Partner
Schedule K-1's for the plaintiff, Charles W. Bassing, III............ Gov. 68 - Gov. 73

CHARLES W. BASSING, III v. UNITED STATES, Fed. Cl. No. 06-712
(Index of Exhibits, Continued)

**Exhibit 8 -** Release and Indemnification
Agreement dated February 1, 1991............................................... Gov. 74 - Gov. 82

**Exhibit 9** – 1991 Form 1040, *U.S. Individual Income Tax Return*, for the
plaintiff, Charles W. Bassing, III.................................................. Gov. 83 - Gov. 103

**Exhibit 10** – 1991 Form 1040X, *Amended U.S. Individual Income Tax Return*, for the plaintiff, Charles W. Bassing, III.......................... Gov. 104 - Gov. 142

**Exhibit 11 -** Notice of Disallowance of
plaintiff's 1991 refund claim, dated September 3, 2003............... Gov. 143 - Gov. 145

**Exhibit 12 -** 1991 Form 1065, *U.S. Partnership Return of Income*, for 1110 Bonifant Limited
Partnership (without partners' Schedules K-1)............................. Gov. 146 - Gov. 160

**Exhibit 13 -** Plaintiff's Responses to
Defendant's First Set of Interrogatories........................................ Gov. 161 - Gov. 170