# Partner's Share of Income, Credits, Deductions, Etc.

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

► **See separate instructions.**

For calendar year 1991 or tax year
beginning �_____ , and ending ____

OMB No. 1545-0099

# 1991

Partner's identifying number ► �\[redacted]

| | |
|---|---|
| Partner's name, address, and ZIP code   PARTNER NO. 2 | **C** What type of entity is this partner? ► INDIVIDUAL |

CHARLES W. BASSING III
6707 OLD DOMINION DR SUITE 220
MCLEAN, VA        22101

**D** Is this partner a [X] domestic or a ☐ foreign partner?

**E** IRS Center where partnership filed return: ► PHILADELPHIA, PA

Partnership's identifying number ► 52-1397799

Partnership's name, address, and ZIP code

1110 BONIFANT LIMITED PARTNERSHIP
R S COHEN, C W BASSING, GENERAL PARTNERS
7811 MONTROSE ROAD #500
POTOMAC
MD          20854

**F** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | ____ % | 5.000000 % |
| Loss sharing | ____ % | 5.000000 % |
| Ownership of capital | ____ % | 5.000000 % |

**A** Is this partner a general partner? [X] Yes ☐ No

**B** Partner's share of liabilities:
Nonrecourse ........ $ _____
Qualified nonrecourse financing $ _____
Other ........ $ _____

**G** (1) Tax shelter registration number ► _____
(2) Type of tax shelter ► _____

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........ ☐

**I** Check applicable boxes: (1) [X] Final K-1 (2) ☐ Amended K-1

**J** Analysis of partner's capital account

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| -184,324. | | 28,305. | ( ) | -156,019. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities | 1 | 0. | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 Net income (loss) from rental real estate activities | 2 | -8,997. | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 4, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 11, col. (f) or (g) |
| | f Other portfolio income (loss) | 4f | | (Enter on applicable line of your return) |
| | 5 Guaranteed payments to partner | 5 | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) (1) | 6 | 37,302. | |
| | 7 Other | 7 | | (Enter on applicable line of your return) |
| **Deductions** | 8 Charitable contributions | 8 | | Sch. A, line 13 or 14 |
| | 9 Section 179 expense deduction | 9 | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 Deductions related to portfolio income | 10 | | |
| | 11 Other | 11 | | |
| **Investment Interest** | 12a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a through 4f above | b(1) | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| **Credits** | 13a Credit for income tax withheld | 13a | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | b Low-income housing credit | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | } Form 8586, line 5 |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 13c | | |
| | d Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities | 13d | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | e Credits related to other rental activities | 13e | | |
| | 14 Other credits      Gov-68 | 14 | | |

GOVERNMENT EXHIBIT

7

0092

For Paperwork Reduction Act Notice, see Form 1065 instructions.

H788 Schedule K-1 (Form 1065) 1991

91UB30 11/23/91

1110 BONIFANT LIMITED PARTNERSHIP   053   7267-58   07
52-1397797 Case 1:06-cv-00712-TCW   Document 13-10   Filed 11/15/2007   Page 2 of 6 00157

Schedule K-1 (Form 1065) (1931)                                                                    Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Self-employment** | 15 a Net earnings (loss) from self-employment . . . . . . . . . | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income . . . . . . . . . . . | 15b | | (See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income . . . . . . . . . . . . . | 15c | | |
| **Adjustments and Tax Preference Items** | 16 a Accelerated depreciation of real property placed in service before 1987 . . . . . . . . . . . . . | 16a | | |
| | b Accelerated depreciation of leased personal property placed in service before 1987 . . . . . . . . . . . (1) | 16b | | (See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251.) |
| | c Depreciation adjustment on property placed in service after 1986 (1) | 16c | −390. | |
| | d Depletion (other than oil and gas) . . . . . . . . . | 16d | | |
| | e (1) Gross income from oil, gas, and geothermal properties. . . . | e(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties . . | e(2) | | |
| | f Other . . . . . . . . . . . . . . . . . | 16f | | |
| **Foreign Taxes** | 17 a Type of income ▶ ................ | | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ▶ ........ | | | |
| | c Total gross income from sources outside the U.S. *(attach schedule)* | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses *(attach schedule)* . . . . | 17d | | Form 1116, Part II |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued. . . | 17e | | Form 1116, Part III |
| | f Reduction in taxes available for credit *(attach schedule)* . . . . | 17f | | |
| | g Other foreign tax information *(attach schedule)* . . . . . . . | 17g | | See Instructions for Form 1116. |
| **Other** | 18 a Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Type of expenditures ▶ ................ | | | |
| | 19 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships . . . . . . . . . | 19a | | Form 8611, line 8 |
| | b Other than on line 19a. . . . . . . . . . . . . | 19b | | |

20   Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*:

### SEE STATEMENT ATTACHED

(1)   RELATED TO RENTAL REAL ESTATE ACTIVITIES

**Supplemental Information**

0093

FORM 1065
SCHEDULE K-1              PARTNERS SHARE OF INCOME, CREDITS,
CONTINUED                              DEDUCTIONS, ETC

PARTNER ID NUMBER 

CHARLES W. BASSING III
6707 OLD DOMINION DR SUITE 220
MCLEAN, VA              22101


   LINE 20 - OTHER ITEMS

       THIS IS YOUR FINAL K-1. PLEASE CONSULT
       YOUR TAX ADVISOR REGARDING ANY TAX
       CONSEQUENCES WITH YOUR ENDING CAPITAL
       ACCOUNT.

1110 BONIFANT LIMITED PARTNERSHIP            8yy            7261-98        18

# Partner's Share of Income, Credits, Deductions, Etc.

▶ See separate instructions.

OMB No. 1545-0099

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 1991 or tax year
beginning ▮▮▮▮▮▮ , and ending

**1991**

Partner's identifying number ▶ ▮▮▮▮▮▮▮

| Partner's name, address, and ZIP code    PARTNER NO   4 | C What type of entity is this partner? ▶ INDIVIDUAL |
|---|---|

CHARLES W. BASSING III
6707 OLD DOMINION DR SUITE 220
MCLEAN, VA        22101

D Is this partner a [X] domestic or a ☐ foreign partner?

E IRS Center where partnership filed
return: ▶ PHILADELPHIA, PA

Partnership's identifying number ▶     52-1397799

F Enter partner's percentage of:

Partnership's name, address, and ZIP code

1110 BONIFANT LIMITED PARTNERSHIP
R S COHEN, C W BASSING, GENERAL PARTNERS
7811 MONTROSE ROAD #500
POTOMAC
MD           20854

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 21.250000 % |
| Loss sharing | % | 21.250000 % |
| Ownership of capital | % | 21.250000 % |

G (1) Tax shelter registration number ▶
(2) Type of tax shelter ▶

A Is this partner a general partner? . . . . . . . ☐ Yes [X] No

B Partner's share of liabilities:

Nonrecourse . . . . . . $
Qualified nonrecourse financing $
Other . . . . . . . . $

H Check here if this partnership is a publicly traded partnership
as defined in section 469(k)(2) ▶ ☐

I Check applicable boxes: (1) [X] Final K-1 (2) ☐ Amended K-1

J  Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| −847,149. | | 120,297.( | ) | −726,852. |

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities . . . . . . | 1 | 0. | |
| | 2 Net income (loss) from rental real estate activities . . . . . . . | 2 | −38,239. | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 3 Net income (loss) from other rental activities . . . . . . . . | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest . . . . . . . . . . . . . . . . . . . . | 4a | | Sch. B, Part I, line 1 |
| | b Dividends . . . . . . . . . . . . . . . . . . . | 4b | | Sch. B, Part II, line 5 |
| | c Royalties . . . . . . . . . . . . . . . . . . . | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) . . . . . . . . . . . | 4d | | Sch. D, line 4, col. (f) or (g) |
| | e Net long-term capital gain (loss) . . . . . . . . . . . | 4e | | Sch. D, line 11, col. (f) or (g) |
| | f Other portfolio income (loss) . . . . . . . . . . . . | 4f | | (Enter on applicable line of your return) |
| | 5 Guaranteed payments to partner . . . . . . . . . . . | 5 | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) (1) | 6 | 158,536. | |
| | 7 Other . . . . . . . . . . . . . . . . . . . . | 7 | | (Enter on applicable line of your return) |
| **Deductions** | 8 Charitable contributions . . . . . . . . . . . . . . | 8 | | Sch. A, line 13 or 14 |
| | 9 Section 179 expense deduction . . . . . . . . . . . | 9 | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 Deductions related to portfolio income . . . . . . . . . | 10 | | |
| | 11 . . . . . . . . . . . . . . . . . . . . . . | 11 | | |
| **Investment Interest** | 12a Interest expense on investment debts . . . . . . . . . | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a through 4f above . . | b(1) | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) Investment expenses included on line 10 above . . . . . | b(2) | | |
| **Credits** | 13a Credit for income tax withheld . . . . . . . . . . . | 13a | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 . | b(3) | | } Form 8586, line 5 |
| | (4) Other than on line 13b(3) for property placed in service after 1989 . | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 13c | | 0095 |
| | d Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities . . . . . . . . . . . . . . . . | 13d | | } See Partner's Instructions for Schedule K-1 (Form 1065) |
| | e Credits related to other rental activities | 13e | | |
| | 14 Other credits                    Gov. 71 | 14 | | |

For Paperwork Reduction Act Notice, see Form 1065 instructions.

H788 Schedule K-1 (Form 1065) 1991

91UB30 11/23/91

Schedule K-1 (Form 1065) (1991)

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15 a | Net earnings (loss) from self-employment . . . . . . . . . . | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income . . . . . . . . . . . . | 15b | | (See Partner's Instructions for Schedule K-1 (Form 1065). ) |
| | c | Gross nonfarm income . . . . . . . . . . . . . . | 15c | | |
| Adjustments and Tax Preference Items | 16 a | Accelerated depreciation of real property placed in service before 1987 | 16a | | |
| | b | Accelerated depreciation of leased personal property placed in service before 1987 . . . . . . . . . . . . . | 16b | | (See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251.) |
| | c | Depreciation adjustment on property placed in service after 1986 (1) | 16c | −1,654. | |
| | d | Depletion (other than oil and gas) . . . . . . . . . . | 16d | | |
| | e | (1) Gross income from oil, gas, and geothermal properties. . . . | e(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties . . | e(2) | | |
| | f | Other . . . . . . . . . . . . . . . . . . . . | 16f | | |
| Foreign Taxes | 17 a | Type of income ▶ ................................................... | | | Form 1116, Check boxes |
| | b | Name of foreign country or U.S. possession ▶ ................................ | | | Form 1116, Part I |
| | c | Total gross income from sources outside the U.S. (attach schedule) . | 17c | | |
| | d | Total applicable deductions and losses (attach schedule) . . . . . | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued . . | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) . . . . . | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) . . . . . . . . | 17g | | See Instructions for Form 1116. |
| Other | 18 a | Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Type of expenditures ▶ ............................................. | | | |
| | 19 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships . . . . . . . . . . | 19a | | Form 8611, line 8 |
| | b | Other than on line 19a . . . . . . . . . . . . . . | 19b | | |

| 20 | Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): |
|---|---|

SEE STATEMENT ATTACHED

(1)   RELATED TO RENTAL REAL ESTATE ACTIVITIES

Supplemental Information

**0096**

Gov 72

H798

91UB31 11/26/91

FORM 1065
SCHEDULE K-1          PARTNERS SHARE OF INCOME, CREDITS,
CONTINUED                    DEDUCTIONS, ETC

PARTNER ID NUMBER 

CHARLES W. BASSING III
6707 OLD DOMINION DR SUITE 220
MCLEAN, VA          22101


    LINE 20 - OTHER ITEMS

        THIS IS YOUR FINAL K-1. PLEASE CONSULT
        YOUR TAX ADVISOR REGARDING ANY TAX
        CONSEQUENCES WITH YOUR ENDING CAPITAL
        ACCOUNT.