*Return as Filed*

# 1040 U.S. Individual Income Tax Return 1991

Department of the Treasury-Internal Revenue Service

For the year January–December 31 1991 or other tax year beginning _____ 1991 ending _____ 19 ___     OMB No. 1545-0074

Your first name and initial: **CHARLES W**   Last name: **BASSING III**   Your social security no. [redacted]

If a joint return, spouse's first name and initial: ___   Last name: ___   Spouse's social security no.

Home address (number and street).(If you have a P.O. box, see page 11.): **11479 SENECA VIEW WAY**   Apt. no. ___

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 11.): **GREAT FALLS    VA    22066**

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

**BASS**

**Presidential Election Campaign** ▶ Do you want $1 to go to this fund? . . . . . . . . . . | Yes | X No |
If joint return, does your spouse want $1 to go to this fund? . . . | Yes | No |

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1  **X** Single
2  ___ Married filing joint return (even if only one had income)
3  ___ Married filing separate return. Enter spouse's social security number above and full name here. ▶ _____
4  ___ Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5  ___ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 12.)

## Exemptions

(See page 12.)

6a  **X** Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 . . . . .

b  ___ Spouse

No. of boxes checked on 6a and 6b: **1**

c  Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1991 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

No. of your children on 6c who:
• lived with you ___
• didn't live with you due to divorce or separation (see page 14) ___

No. of other dependents on 6c ___

d  If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ___

e  Total number of exemptions claimed

Add numbers entered on lines above ▶ **1**

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. (attach Form(s) W-2) . . . SEE STMT 1 | 7 | 15,000. |
| 8a Taxable interest income (also attach Schedule B if over $400) | 8a | 4,128. |
| b Tax–exempt interest income (see pg. 16). DON'T include on line 8a  8b | | |
| 9 Dividend income (also attach Schedule B if over $400) | 9 | |
| 10 Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | 10 | |
| 11 Alimony received . . . . . | 11 | |
| 12 Business income or (loss) (attach Schedule C) . | 12 | |
| 13 Capital gain or (loss) (attach Schedule D). | 13 | 1,078,709. |
| 14 Capital gain distributions not reported on line 13 (see page 17) . | 14 | |
| 15 Other gains or (losses) (attach Form 4797). | 15 | |
| 16a Total IRA distributions  16a ___  16b Taxable amount | 16b | |
| 17a Total pensions and annuities  17a ___  17b Taxable amount | 17b | |
| 18 Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) . . . | 18 | −603,244. |
| 19 Farm income or (loss) (attach Form F) . . | 19 | |
| 20 Unemployment compensation (insurance) (see page 18) | 20 | |
| 21a Social security benefits . .  21a ___  21b Taxable amount | 21b | |
| 22 Other income (list type and amount) _____ SEE STATEMENT 4 | 22 | −220,223. |
| 23 Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 23 | 274,370. |

## Adjustments to Income

(See page 19.)

| | | |
|---|---|---|
| 24a Your IRA deduction, from applicable worksheet on page 20 or 21 . | 24a | |
| b Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b | |
| 25 One-half of self-employment tax (see page 21) . | 25 | |
| 26 Self-employed health insurance deduction, from worksheet on pg. 22 | 26 | |
| 27 Keogh retirement plan and self-employed SEP deduction . | 27 | |
| 28 Penalty on early withdrawal of savings . . . . | 28 | |
| 29 Alimony paid. Recipient's SSN ▶ _____ | 29 | |
| 30 Add lines 24a through 29. . . . . . . . . . . ▶ | 30 | 0. |

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56 . . . . . . ▶ | 31 | 274,370.

M788

RETAIN THIS COPY FOR YOUR FILES

GOVERNMENT EXHIBIT 9:1

| | | | | |
|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | 32 | 274,370. |

33a Check if: ____ You were 65 or older, ____ Blind; ____ Spouse was 65 or older, ____ Blind.

Add the number of boxes checked above and enter the total here ▶ 33a ____

b If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ____

If you want the IRS to figure your tax, see page 24.

c If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ 33c ____

34 Enter the larger of your: { Itemized deductions (from Schedule A, line 26), OR Standard deduction (shown below for your filing status). **Caution:** *If you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.*
● Single—$3,400  ● Head of household—$5,000  ● Married filing separately—$2,850
● Married filing jointly or Qualifying widow(er)—$5,700 | 34 | 19,604. |

35 Subtract line 34 from line 32 — 35 | 254,766.

36 If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e.
If line 32 is over $75,000, see page 24 for the amount to enter — 36 | 0.

37 Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) — 37 | 254,766.

38 Enter tax. Check if from a ____ Tax Table, b ____ Tax Rate Schedules, c [X] Schedule D, or
d ____ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ ● _____ .) — 38 | 68,696.

39 Additional taxes (see page 24). Check if from a ____ Form 4970 b ____ Form 4972 — 39

40 Add lines 38 and 39 ▶ 40 | 68,696.

**Credits** (See page 25.)

41 Credit for child and dependent care expenses (attach Form 2441) — 41
42 Credit for the elderly or the disabled (attach Schedule R) — 42
43 Foreign tax credit (attach Form 1116) — 43
44 Other credits (see pg. 25). Check if from a ____ Form 3800 b ____ Form 8396
c ____ Form 8801 d ____ Form (specify) _____ — 44

45 Add lines 41 through 44 — 45
46 Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) ▶ 46 | 68,696.

**Other Taxes**

47 Self-employment tax (attach Schedule SE) — 47
48 Alternative minimum tax (attach Form 6251) — 48 | 0.
49 Recapture taxes (see page 26). Check if from a ____ Form 4255 b ____ Form 8611 c ____ Form 8828 — 49
50 Social security and Medicare tax on tip income not reported to employer (attach Form 4137) — 50
51 Tax on an IRA or a qualified retirement plan (attach Form 5329) — 51
52 Advance earned income credit payments from Form W-2 — 52
53 Add lines 46 through 52. This is your total tax ▶ 53 | 68,696.

**Payments**
Attach Forms W-2, W-2G, and 1099-R to front.

54 Federal income tax withheld (if any is from Form(s) 1099, check ▶ ____ ) — 54
55 1991 estimated tax payments and amount applied from 1990 return — 55
56 Earned income credit (attach Schedule EIC) — 56
57 Amount paid with Form 4868 (extension request) — 57
58 Excess social security, Medicare, and RRTA tax withheld (see page 27) — 58
59 Other payments (see page 27). Check if from a ____ Form 2439 b ____ Form 4136 — 59
60 Add lines 54 through 59. These are your total payments ▶ 60 | 0.

**Refund or Amount You Owe**

61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you OVERPAID. ▶ 61
62 Amount of line 61 to be REFUNDED TO YOU ▶ 62
63 Amount of line 61 to be APPLIED TO YOUR 1992 ESTIMATED TAX ▶ 63
64 If line 53 is more than line 60, subtract line 60 from line 53. This is the AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. — 64 | 68,696.
65 Estimated tax penalty (see page 28). Also include on line 64 — 65

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ | Date | Your occupation DEVELOPER
Spouse's signature (if joint return, BOTH must sign) ▶ | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ____ | Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ BERLIN, KARAM & RAMOS, P.A.
8484 GEORGIA AVENUE, THIRD FLOOR
SILVER SPRING    MD | E.I. No. 52-1367749 | ZIP code 20910

Gov. 84

H788

**SCHEDULES A&B**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

# Schedule A - Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

## 1991

Attachment
Sequence No. 07

Name(s) shown on Form 1040

CHARLES W BASSING III

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: *Do not include expenses reimbursed or paid by others.* | | | |
| | 1 Medical and dental expenses. (See page 38.) | 1 | | |
| | 2 Enter amount from Form 1040, line 32 | 2 | | |
| | 3 Multiply line 2 above by 7.5% (.075) | 3 | | |
| | 4 Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ▶ | 4 | | |
| **Taxes You Paid** (See page 38.) | 5 State and local income taxes | 5 | | |
| | 6 Real estate taxes | 6 | 3,646. | |
| | 7 Other taxes. (List - include personal property taxes.) ▶ | 7 | - | |
| | 8 Add lines 5 through 7. Enter the total ▶ | 8 | | 3,646. |
| **Interest You Paid** (See page 39.) | 9a Home mortgage interest and points reported to you on Form 1098 | 9a | 19,004. | |
| | b Home mortgage interest not reported to you on Form 1098. (If paid to an individual, show that person's name and address.) ▶ | 9b | | |
| **Note:** Personal interest is no longer deductible. | 10 Points not reported to you on Form 1098. (See instructions for special rules.) | 10 | 125. | |
| | 11 Investment interest (attach Form 4952 if required). (See page 40.) | 11 | | |
| | 12 Add lines 9a through 11. Enter the total ▶ | 12 | | 19,129. |
| **Gifts to Charity** (See page 40.) | Caution: *If you made a charitable contribution and received a benefit in return, see page 40.* | | | |
| | 13 Contributions by cash or check | 13 | | |
| | 14 Other than cash or check. (You MUST attach Form 8283 if over $500.) | 14 | | |
| | 15 Carryover from prior year. SEE STMT 9 | 15 | 2,060. | |
| | 16 Add lines 13 through 15. Enter the total ▶ | 16 | | 2,060. |
| **Casualty and Theft Losses** | 17 Casualty or theft loss(es) (attach Form 4684). (See page 40.) ▶ | 17 | | |
| **Moving Expenses** | 18 Moving expenses (attach Form 3903 or 3903F). (See page 41.) ▶ | 18 | | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 41 for expenses to deduct here.) | 19 Unreimbursed employee expenses - job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ | 19 | | |
| | 20 Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ | 20 | | |
| | 21 Add lines 19 and 20 | 21 | | |
| | 22 Enter amount from Form 1040, line 32 | 22 | | |
| | 23 Multiply line 22 above by 2% (.02) | 23 | | |
| | 24 Subtract line 23 from line 21. Enter the result. If less than zero, enter -0- ▶ | 24 | | |
| **Other Miscellaneous Deductions** | 25 Other (from list on page 41 of instructions). List type and amount ▶ | 25 | | |
| **Total Itemized Deductions** | 26 ● If the amount on Form 1040, line 32, is $100,000 or less ($50,000 or less if married filing separately), add lines 4, 8, 12, 16, 17, 18, 24, and 25. Enter the total here. ● If the amount on Form 1040, line 32, is more than $100,000 (more than $50,000 if married filing separately), see page 42 for the amount to enter. Caution: *Be sure to enter on Form 1040, line 34, the LARGER of the amount on line 26 above or your standard deduction.* | 26 ✱ | | 19,604. |

✱ITEMIZED DEDUCTIONS LIMITED BY AGI

Gov. 85

Schedules A&B (Form 1040) 1991                                                    OMB No. 1545-0074  Page **2**

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on Page 1.)

CHARLES W BASSING III

# Schedule B-Interest and Dividend Income

Attachment
Sequence No. 08

| | |
|---|---|
| **Part I**<br>**Interest**<br>**Income** | If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 43), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 43. |

| Interest Income | | Amount |
|---|---|---|

(See pages 15 and 43.)

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1  Interest income. (List name of payer - if any interest income is from seller-financed mortgages, see instructions and list this interest first.) ▶

| | Amount |
|---|---|
| FIRST AMERICAN BANK OF VA | 1,753. |
| CENTRAL FIDELITY BANK | 996. |
| FIRST VIRGINIA BANK | 927. |
| FROM PARTNERSHIPS | 452. |

2  Add the amounts on line 1.  .  .  .  .  .  .  .  .  .  .  .  .  .  .  | 2 | 4,128. |

3  Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040  .  .  .  .  .  .  .  .  .  .  .  .  .  .  | 3 | |

4  Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a  .  .  .  .  .  ▶ | 4 | 4,128. |

| | |
|---|---|
| **Part II**<br>**Dividend**<br>**Income** | If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 43. |

| Dividend Income | | Amount |
|---|---|---|

(See pages 16 and 43.)

Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

5  Dividend income. (List name of payer-include on this line capital gain distributions, nontaxable distributions, etc.) ▶

| | 5 | |
|---|---|---|

6  Add the amounts on line 5. Enter the total  .  .  .  .  .  .  .  .  .  | 6 | |

7  Capital gain distributions. Enter here and on Schedule D*  .  .  .  .  | 7 | |

8  Nontaxable distributions. (See the instructions for Form 1040, line 9.)  .  | 8 | |

9  Add lines 7 and 8.  .  .  .  .  .  .  .  .  .  .  .  .  .  | 9 | |

10  Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9  .  .  .  .  .  .  ▶ | 10 | |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

| | | | Yes | No |
|---|---|---|---|---|
| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Foreign**<br>**Trusts**<br><br>(See page 43.) | If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III. | | | |
| | 11a | At any time during 1991, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 43 for exceptions and filing requirements for Form TD F 90-22.1.)  .  .  .  .  .  .  .  . | | X |
| | b | If "Yes," enter the name of the foreign country ▶ | | |
| | 12 | Were you the grantor of, or transferor to, a foreign trust that existed during 1991, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926  .  .  .  .  .  .  . | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                    Schedule B (Form 1040) 1991
H788

| SCHEDULE D | Capital Gains and Losses | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (And Reconciliation of Forms 1099-B for Bartering Transactions) | **1991** |

Department of the Treasury
Internal Revenue Service (o)

► Attach to Form 1040.    ► See Instructions for Schedule D (Form 1040).
► For more space to list transactions for lines 1a and 8a, get Schedule D-1 (Form 1040).

Attachment Sequence No. 12A

Name(s) shown on Form 1040

CHARLES W BASSING III

You█████er

**Caution:** *Add the following amounts reported to you for 1991 on Forms 1099-B and 1099-S (or on substitute statements):* **(a)** *proceeds from transactions involving stocks, bonds, and other securities, and* **(b)** *gross proceeds from real estate transactions not reported on another form or schedule. If this total does not equal the total of lines 1c and 8c, column (d), attach a statement explaining the difference.*

## Part I — Short-Term Capital Gains and Losses – Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of Z Co.) | (b) Date acquired (Mo. day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d) subtract (d) from (e) | (g) GAIN If (d) is more than (e) subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1b Amounts from Schedule D-1, line 1b (attach Schedule D-1)

1c Total of All Sales Price Amounts.
Add column (d) of lines 1a and 1b    ► 1c

1d Other Transactions (Do NOT include real estate transactions from Forms 1099-S on this line. Report them on line 1a.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . . | 2 | |
| 3 | Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . . | 3 | |
| 4 | Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . | 4 | |
| 5 | Short-term capital loss carryover from 1990 Schedule D, line 29 . . . . . . | 5 | |
| 6 | Add lines 1a, 1b, 1d, and 2 through 5, in columns (f) and (g) . . . . . . . | 6 | |
| 7 | Net short-term capital gain or (loss). Combine columns (f) and (g) of line 6 . . . . . . . . . | 7 | |

## Part II — Long-Term Capital Gains and Losses – Assets Held More Than One Year

8a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| SEE STATEMENT 6 | | | | | | 882,871. |

8b Amounts from Schedule D-1, line 8b (attach Schedule D-1)

8c Total of All Sales Price Amounts.
Add column (d) of lines 8a and 8b    ► 8c

8d Other Transactions (Do NOT include real estate transactions from Forms 1099-S on this line. Report them on line 8a.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 9 | Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . . | 9 | |
| 10 | Long-term gain from installment sales from Form 6252, line 22 or 30 . . . . . | 10 | |
| 11 | Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . | 11 | |
| 12 | Capital gain distributions . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . . | 13 | 195,838. |
| 14 | Long-term capital loss carryover from 1990 Schedule D, line 36 . . . . . . | 14 | |
| 15 | Add lines 8a, 8b, 8d, and 9 through 14, in columns (f) and (g) . . . . . | 15 | 1,078,709. |
| 16 | Net long-term capital gain or (loss). Combine columns (f) and (g) of line 15 . . . . . . . . | 16 | 1,078,709. |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Gov. 87    H788    Schedule D (Form 1040) 1991

Schedule D (Form 1040) 1991                                                                    ment Sequence No. 12A          Page 2

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on page 1.)                        You

CHARLES W BASSING III

## Part III    Summary of Parts I and II

17  Combine lines 7 and 16 and enter the net gain or (loss) here. If the result is a gain, also enter the
    gain on Form 1040, line 13 ( Note: *If both lines 16 and 17 are gains, see Part IV below.*) . . . . . .  | 17 | 1,078,709. |
18  If line 17 is a (loss), enter here and as a (loss) on Form 1040, line 13, the **smaller** of:
    a  The (loss) on line 17; or
    b  ($3,000) or, if married filing a separate return, ($1,500) . . . . . . . . . . . . . . . . .  | 18 | |
       Note: *When figuring whether 18a or 18b is smaller, treat both numbers as positive.*
       Complete Part V if the loss on line 17 is more than the loss on line 18, OR if Form 1040, line 37, is zero.

## Part IV    Tax Computation Using Maximum Capital Gains Rate

USE THIS PART TO FIGURE YOUR TAX ONLY IF BOTH LINES 16 AND 17 ARE GAINS, AND:

| You checked filing status box: | AND | Form 1040, line 37, is over: | You checked filing status box: | AND | Form 1040, line 37, is over: |
|---|---|---|---|---|---|
| 1 | | $49,300 | 3 | | $41,075 |
| 2 or 5 | | $82,150 | 4 | | $70,450 |

19  Enter the amount from Form 1040, line 37 . . . . . . . . . . . . .  | 19 | 254,766. |
20  Enter the smaller of line 16 or line 17 . . . . . . . . . . . . . .  | 20 | 1,078,709. |
21  Subtract line 20 from line 19 . . . . . . . . . . . . . . . . . .  | 21 | -823,943. |
22  Enter: a $20,350 if you checked filing status box 1; b $34,000 if you checked filing status box 2 or 5;
    c $17,000 if you checked filing status box 3; or d $27,300 if you checked filing status box 4 . . . . .  | 22 | 20,350. |
23  Enter the greater of line 21 or line 22 . . . . . . . . . . . . . .  | 23 | 20,350. |
24  Subtract line 23 from line 19 . . . . . . . . . . . . . . . . . .  | 24 | 234,416. |
25  Figure the tax on the amount on line 23. Use the Tax Table or Tax Rate Schedules, whichever applies .  | 25 | 3,060. |
26  Multiply line 24 by 28% (.28) . . . . . . . . . . . . . . . . .  | 26 | 65,636. |
27  Add lines 25 and 26. Enter here and on Form 1040, line 38, and check the box for Schedule D . . . .  | 27 | 68,696. |

## Part V    Capital Loss Carryovers from 1991 to 1992

### Section A. – Carryover Limit

28  Enter the amount from Form 1040, line 35. If a loss, enclose the amount in parentheses . . . . . .  | 28 | |
29  Enter the loss from line 18 as a positive amount . . . . . . . . . . . . . . . . . . . .  | 29 | |
30  Combine lines 28 and 29. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . .  | 30 | |
31  Enter the smaller of line 29 or line 30 . . . . . . . . . . . . . . . . . . . . . . . .  | 31 | |

### Section B. – Short-Term Capital Loss Carryover to 1992 (Complete this section only if there is a loss on both lines 7 and 18.)

32  Enter the loss from line 7 as a positive amount . . . . . . . . . . . . . . . .  | 32 | |
33  Enter the gain, if any, from line 16 . . . . . . . . .  | 33 | |
34  Enter the amount from line 31 . . . . . . . . . . .  | 34 | |
35  Add lines 33 and 34 . . . . . . . . . . . . . . . . . . . . . . . . . . .  | 35 | |
36  Short-term capital loss carryover to 1992. Subtract line 35 from line 32. If zero or less, enter -0-  | 36 | |

### Section C. – Long-Term Capital Loss Carryover to 1992 (Complete this section only if there is a loss on both lines 16 and 18.)

37  Enter the loss from line 16 as a positive amount . . . . . . . . . . . . . .  | 37 | |
38  Enter the gain, if any, from line 7 . . . .  | 38 | |
39  Enter the amount from line 31 . . . . .  | 39 | |
40  Enter the amount, if any, from line 32 . . . | 40 |  | | |
41  Subtract line 40 from line 39. If zero or less, enter -0- . . . . .  | 41 | |
42  Add lines 38 and 41 . . . . . . . . . . . . . . . . . . . . . . . . .  | 42 | |
43  Long-term capital loss carryover to 1992. Subtract line 42 from line 37. If zero or less, enter -0- .  | 43 | |

## Part VI    Election Not to Use the Installment Method  (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

44  Check here if you elect out of the installment method. . . . . . . . . . . . . . . . . . ▶ ☐
45  Enter the face amount of the note or other obligation . . . . . . . . . . . . . . . . . ▶ . . . . . . . . . . . .
46  Enter the percentage of valuation of the note or other obligation . . . . . . . . . . . . . ▶ . . . . . . . . . . . %

## Part VII    Reconciliation of Forms 1099-B for Bartering Transactions (Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

| | Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule |
|---|---|
| 47  Form 1040, line 22 . . . . . . . . . | 47 | |
| 48  Schedule C, D, E, or F (Form 1040) (specify) ▶ _____ | 48 | |
| 49  Other form or schedule (identify) (if nontaxable, indicate reason – attach additional sheets if necessary): | 49 | |
| 50  Total. Add lines 47 through 49. This amount should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions . . . . . . . . . | 50 | |

Gov. 88

H788

Schedule E (Form 1040) 1991       Attachm ..t Sequence No. 13      Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on page 1.)     mber

**CHARLES W BASSING III**

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.*

### Part II   Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 5 | P | | | X | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 603,244. | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |
| 28a Totals | | | | | |
| b Totals | 603,244. | | | | |

| 29 | Add columns (h) and (k) of line 28a. Enter the total income here | 29 | |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b. Enter the total here | 30 | -603,244. |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | -603,244. |

### Part III   Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a. Enter the total income here | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b. Enter the total here | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)-Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

### Part V   Summary

| 39 | Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18. | ►40 | -603,244. |
| 41 | Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III and on line 39 | 41 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions    Gov. 89     H788     Schedule E (Form 1040) 1991

Form **4797**

Department of the Treasury
Internal Revenue Service    (X)

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts Under
Sections 179 and 280F)

► Attach to your tax return. ► See separate Instructions.

OMB No. 1545-0184

**1991**

27

Name(s) shown on return

**CHARLES W BASSING III**

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions Fr[...]
or Theft – Property Held More Than 1 Year

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1991 on Form(s)
1099-S (or a substitute statement) that you will be including on lines 2, 10, or 20 . . . . . . . . . | 1 |

| (a)Description of property | (b) Date acquired (mo. day. yr.) | (c) Date sold (mo. day. yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS ((f) minus the sum of (d) and (e)) | (h) GAIN ((d) plus (e) minus (f)) |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |
| OTHER SECTION 1231 GAIN OR LOSS FROM PARTNERSHIPS | | | | | | | |
| SEE STATEMENT 5 | | | | | | | 195,838. |
| | | | | | | | |

3 Gain, if any, from Form 4684, Section B, line 21 . . . . . . . . . . . . . . .
4 Section 1231 gain from installment sales from Form 6252, line 22 or 30. . . . . . . .
5 Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . .
6 Add lines 2 through 5 in columns (g) and (h). . . . . . . . . . . . . . .    195,838.
7 Combine columns (g) and (h) of line 6. Enter gain or (loss) here, and on the appropriate line as follows: . . . .    195,838.

Partnerships. – Enter the gain or (loss) on Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

S corporations. – Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines
8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

All others. – If line 7 is zero or a loss, enter the amount on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did
not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain as a long-term capital
gain on Schedule D and skip lines 8, 9, and 12 below.

8 Nonrecaptured net section 1231 losses from prior years . . . . . . . . . . . .
9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows: . . . . .

S corporations. – Enter this amount (if more than zero) on Schedule D (Form 1120S), line 7, and skip lines 11 and 12 below.

All others. – If line 9 is zero, enter the amount from line 7 on line 12 below. If line 9 is more than zero, enter the amount
from line 8 on line 12 below, and enter the amount from line 9 as a long-term capital gain on Schedule D.

**Part II**  Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

11 Loss, if any, from line 7. . . . . . . . . . . . . . . . . . . . .
12 Gain, if any, from line 7, or amount from line 8 if applicable . . . . . . . . .
13 Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . .
14 Net gain or (loss) from Form 4684, Section B, lines 13 and 20a . . . . . . . .
15 Ordinary gain from installment sales from Form 6252, line 21 or 29 . . . . . . .
16 Recapture of section 179 deduction for partners and S corporation shareholders from property dispositions by
partnerships and S corporations . . . . . .
17 Add lines 10 through 16 in columns (g) and (h). . . . . . . . . . . . . .
18 Combine columns (g) and (h) of line 17. Enter gain or (loss) here, and on the appropriate line as follows: . . .

  a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.
  b For individual returns:
    (1) If the loss on line 11 includes a loss from Form 4684, Section B, Part II, column (b)(ii), enter that part of the loss here
       and on line 20 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)" . . . . . . . . . .
    (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 15

GOV 90

For Paperwork Reduction Act Notice, see separate Instructions.

H788  Form **4797** (1991)

Form 4797 (1991)

Page 2

**Part III**   Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

**19** Description of sections 1245, 1250, 1252, 1254, and 1255 property:

| | | Date acquired (mo., day, yr.) | Date sold (mo., day, yr.) |
|---|---|---|---|
| A | | | |
| B | | | |
| C | | | |
| D | | | |

| Relate lines 19A through 19D to these columns ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|
| **20** Gross sales price (Note: See line 1 before completing.) | | | | |
| **21** Cost or other basis plus expense of sale | | | | |
| **22** Depreciation (or depletion) allowed or allowable | | | | |
| **23** Adjusted basis. Subtract line 22 from line 21. | | | | |
| **24** Total gain. Subtract line 23 from line 20. | | | | |
| **25** If section 1245 property: | | | | |
| **a** Depreciation allowed or allowable from line 22 | | | | |
| **b** Enter the **smaller** of line 24 or 25a | | | | |
| **26** If section 1250 property: If straight line depreciation was used, enter –0– on line 26g unless you are a corporation subject to section 291. | | | | |
| **a** Additional depreciation after 1975 | | | | |
| **b** Applicable percentage multiplied by the **smaller** of line 24 or line 26a | | | | |
| **c** Subtract line 26a from line 24. If line 24 is not more than line 26a, skip lines 26d and 26e | | | | |
| **d** Additional depreciation after 1969 and before 1976 | | | | |
| **e** Applicable percentage multiplied by the **smaller** of line 26c or 26d | | | | |
| **f** Section 291 amount (corporations only). | | | | |
| **g** Add lines 26b, 26e, and 26f | | | | |
| **27** If section 1252 property: Skip this section if you did not dispose of farmland or if you are a partnership. | | | | |
| **a** Soil, water, and land clearing expenses | | | | |
| **b** Line 27a multiplied by applicable percentage | | | | |
| **c** Enter the **smaller** of line 24 or 27b | | | | |
| **28** If section 1254 property: | | | | |
| **a** Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | | | | |
| **b** Enter the **smaller** of line 24 or 28a | | | | |
| **29** If section 1255 property: | | | | |
| **a** Applicable percentage of payments excluded from income under section 126 | | | | |
| **b** Enter the **smaller** of line 24 or 29a | | | | |

**Summary of Part III Gains**   (Complete property columns A through D, through line 29b before going to line 30.)

**30** Total gains for all properties. Add columns A through D, line 24 . . . . . . . . . . . . . . . . . . .

**31** Add columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13. (See the instructions for Part IV if this is an installment sale.) . . . . . . . . . . . . . . . . . . . . . . . .

**32** Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, Section B, line 15. Enter the portion from other than casualty or theft on Form 4797, line 5 . . . . . . . . . . . . . . . .

**Part IV**   Election Not to Use the Installment Method (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

**33** Check here if you elect out of the installment method . . . . . . . . . . . . . . . . . . . ▶ ☐

**34** Enter the face amount of the note or other obligation . . . . . . . . . . . . ▶ $ _____

**35** Enter the percentage of valuation of the note or other obligation . . . . . . . . . . . . ▶         %

**Part V**   Recapture Amounts Under Sections 179 and 280F When Business Use Drops to 50% or Less
(See instructions for Part V.)

| | (a) Section 179 | (b) Section 280F |
|---|---|---|
| **36** Section 179 expense deduction or depreciation allowable in prior years . . . . . . | | |
| **37** Recomputed depreciation . . . . . . . . . . . . . . Gov. 91 . . . . . . . | | |
| **38** Recapture amount. Subtract line 37 from line 36. (See instructions for where to report.) | | |

H788