BASSING III                     311           0611-55

1991 FEDERAL INCOME TAX STATEMENTS                              PAGE    1

STATEMENT  1 - WAGES, SALARIES, TIPS, ETC.

| EMPLOYERS NAME AND ADDRESS | INCOME TAX WITHHELD | WAGES SALARIES TIPS, ETC | SOC SEC TAX WITHHELD | SOC SEC WAGES FOR SCH SE | MEDICARE TAX WITHHELD | MEDICARE WAGES FOR SCH SE |
|---|---|---|---|---|---|---|
| BENCHMARK PROPERTIES, INC. | | 15,000 | 1,148 | 15,000 | | |
| TOTAL | | 15,000 | 1,148 | 15,000 | | |

Gov. 92

GOVERNMENT EXHIBIT 9:2

STATEMENT   1

██████    BASSING III                    311           0611-55

1991 FEDERAL INCOME TAX STATEMENTS                                    PAGE    2

STATEMENT   2 - NET OPERATING LOSS CARRYBACK/CARRYOVER

|  | FROM 1990 | FROM 1989 | FROM 1988 | FROM 1987 |
|---|---|---|---|---|
| TOTAL | 20,759 | 54,336 | 104,906 | 165,405 |
| USED IN 1984 |  |  |  | 46,304 |
| USED IN 1985 |  |  |  | 50,373 |
| USED IN 1986 |  |  |  | 26,965 |
| AVAILABLE IN 1991 | 20,759 | 54,336 | 104,906 | 41,763 |

TOTAL CARRYBACK/CARRYOVER TO 1991                                     221,764

BASSING III                    311            0611-55

**1991 FEDERAL INCOME TAX STATEMENTS**                                PAGE  3

STATEMENT  3 - ALTERNATIVE MINIMUM TAX NOL C/O

|  | FROM 1990 | FROM 1989 | FROM 1988 |
|---|---:|---:|---:|
| TOTAL | 16,479 | 18,616 | 23,009 |
| AVAILABLE IN 1991 | 16,479 | 18,616 | 23,009 |

TOTAL CARRYBACK/CARRYOVER TO 1991                              58,104

---

STATEMENT  4 - MISCELLANEOUS INCOME

|  | SUBJECT TO SE TAX | OTHER TAXABLE INCOME | TOTAL TAXABLE INCOME |
|---|---:|---:|---:|
| (H) PERSONAL USE OF CORPORATE AUTO |  | 1,541 | 1,541 |
| NET OPERATING LOSS-SEE STMT  2 |  | -221,764 | -221,764 |
| TOTAL MISCELLANEOUS INCOME |  | -220,223 | -220,223 |

Gov. 94

BASSING III                              311            0611-55

1991 FEDERAL INCOME TAX STATEMENTS                                           PAGE   4

STATEMENT  5 - INCOME FROM PARTNERSHIPS

```
   NAME AND ADDRESS OF PARTNERSHIP
        C W BASSING III, J M WALSH, J M NOLAN &
        T R DAVIDSON PTR. BENCHMARK ASSOC
        FED EMP I.D. NUMBER   62-1061927

                                                   YES    NO
   GENERAL PARTNER                                 (X)    ( )
   TRADE OR BUSINESS - MATERIAL PARTICIPATION      ( )    ( )
   RENTAL REAL ESTATE - ACTIVE PARTICIPATION       (X)    ( )

   INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY            6,346
                                                        ----------
      TOTAL PARTNERSHIP INCOME (LOSS)                                      6,346

      GAIN(LOSS) BEFORE LIMITATION                       6,346
         LESS SUSPENDED LOSS CARRYOVER                  13,138
                                                        ----------
      PASSIVE INCOME (LOSS)                                                -6,792
   OTHER K-1 INFORMATION
      PASSIVE LOSS CARRYOVER FOR ALT MIN               14,455
         INTEREST                                         438
   TAX PREFERENCE ITEMS
      DEPRECIATION ADJUSTMENT - POST 86                   350
   INVESTMENT INTEREST EXPENSE
         INVESTMENT INCOME                                438


   NAME AND ADDRESS OF PARTNERSHIP
        C W BASSING III, J M WALSH, J M NOLAN &
        T R DAVIDSON PTR BENCHMARK ASSOC
        FED EMP I.D. NUMBER   62-1061927

                                                   YES    NO
   GENERAL PARTNER                                 ( )    (X)
   TRADE OR BUSINESS - MATERIAL PARTICIPATION      ( )    ( )
   RENTAL REAL ESTATE - ACTIVE PARTICIPATION       (X)    ( )

   INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY              212
                                                        ----------
```

Gov. 95

STATEMENT   5

```
                BASSING III                    311           0611-55
```

1991 FEDERAL INCOME TAX STATEMENTS                                    PAGE   5

STATEMENT  5 - INCOME FROM PARTNERSHIPS (CONTINUED)

```
    TOTAL PARTNERSHIP INCOME (LOSS)                                     212

    GAIN(LOSS) BEFORE LIMITATION                       212
      LESS SUSPENDED LOSS CARRYOVER                    843
                                                   ------------
    PASSIVE INCOME (LOSS)                                              -631
  OTHER K-1 INFORMATION
    PASSIVE LOSS CARRYOVER FOR ALT MIN               2,990
    INTEREST                                            14
  TAX PREFERENCE ITEMS
    DEPRECIATION ADJUSTMENT - POST 86                   11
  INVESTMENT INTEREST EXPENSE
      INVESTMENT INCOME                                 14


  NAME AND ADDRESS OF PARTNERSHIP
      1110 BONIFANT LIMITED PARTNERSHIP
      R S COHEN, C W BASSING, GENERAL PARTNERS
      7811 MONTROSE ROAD #500
      POTOMAC MD 20854
      FED EMP I.D. NUMBER  52-1397799

                                                   YES     NO
  GENERAL PARTNER                                   (X)    ( )
  TRADE OR BUSINESS - MATERIAL PARTICIPATION        ( )    ( )
  RENTAL REAL ESTATE - ACTIVE PARTICIPATION         (X)    ( )

  INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY         -8,997
                                                   -----------
    TOTAL PARTNERSHIP INCOME (LOSS)                                  -8,997

    GAIN(LOSS) BEFORE LIMITATION                                -8,997
      LESS SUSPENDED LOSS CARRYOVER                            101,314
                                                            ------------
INTEREST IN THIS ACTIVITY FULLY DISPOSED OF IN 1991 -
  NET GAIN IS PASSIVE AND IS INCLUDED IN PASSIVE LOSS LIMITATION
    PASSIVE INCOME (LOSS)                                           -110,311

    INTEREST IN THIS ACTIVITY FULLY DISPOSED OF IN 1991.
  OTHER K-1 INFORMATION
    PASSIVE LOSS CARRYOVER FOR ALT MIN              155,354
    OTHER SECTION 1231 GAIN OR LOSS                  37,302
```

STATEMENT   5   (CONTINUED)

██████  BASSING III                              311          0611-55

1991 FEDERAL INCOME TAX STATEMENTS                              PAGE    6

STATEMENT  5 - INCOME FROM PARTNERSHIPS (CONTINUED)

```
  TAX PREFERENCE ITEMS
    DEPRECIATION ADJUSTMENT - POST 86                    -390


  NAME AND ADDRESS OF PARTNERSHIP
       1110 BONIFANT LIMITED PARTNERSHIP
       R S COHEN, C W BASSING, GENERAL PARTNERS
       7811 MONTROSE ROAD #500
       POTOMAC MD 20854
       FED EMP I.D. NUMBER  52-1397799

                                              YES      NO
  GENERAL PARTNER                             ( )      (X)
  TRADE OR BUSINESS - MATERIAL PARTICIPATION  ( )      ( )
  RENTAL REAL ESTATE - ACTIVE PARTICIPATION   (X)      ( )

  INCOME (LOSS) - RENTAL REAL ESTATE ACTIVITY             -38,239
                                                        ----------
     TOTAL PARTNERSHIP INCOME (LOSS)                                  -38,239

     GAIN(LOSS) BEFORE LIMITATION                        -38,239
        LESS SUSPENDED LOSS CARRYOVER                    447,271
                                                        ----------

INTEREST IN THIS ACTIVITY FULLY DISPOSED OF IN 1991 -
   NET GAIN IS PASSIVE AND IS INCLUDED IN PASSIVE LOSS LIMITATION
       PASSIVE INCOME (LOSS)                                        -485,510

     INTEREST IN THIS ACTIVITY FULLY DISPOSED OF IN 1991.
   OTHER K-1 INFORMATION
       PASSIVE LOSS CARRYOVER FOR ALT MIN               707,008
       OTHER SECTION 1231 GAIN OR LOSS                  158,536
   TAX PREFERENCE ITEMS
       DEPRECIATION ADJUSTMENT - POST 86                 -1,654


  SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

                          PASSIVE ACTIVITIES         NONPASSIVE ACTIVITIES
                           (LOSS)    INCOME           (LOSS)     INCOME

C W BASSING III, J M WALSH, J M NOLAN &
   RENTAL REAL ESTATE               6,792
C W BASSING III, J M WALSH, J M NOLAN &
   RENTAL REAL ESTATE                 631
```

STATEMENT  5 (CONTINUED)

BASSING III                               311              0611-55

1991 FEDERAL INCOME TAX STATEMENTS                                    PAGE    7

STATEMENT  5 - INCOME FROM PARTNERSHIPS (CONTINUED)

SUMMARY OF INCOME AND K-1 INFORMATION FOR ALL PARTNERSHIPS

```
                              PASSIVE ACTIVITIES        NONPASSIVE ACTIVITIES
                              (LOSS)      INCOME        (LOSS)       INCOME
1110 BONIFANT LIMITED PARTNERSHIP
   RENTAL REAL ESTATE         110,311
1110 BONIFANT LIMITED PARTNERSHIP
   RENTAL REAL ESTATE         485,510
TOTAL INCOME OR LOSS FROM    ----------   ----------    ----------   ----------
ALL PARTNERSHIPS              603,244
                             ==========

   OTHER K-1 INFORMATION
     PASSIVE LOSS CARRYOVER FOR ALT MIN                               879,807
     INTEREST                                                             452
     OTHER SECTION 1231 GAIN OR LOSS                                  195,838
   TAX PREFERENCE ITEMS
     DEPRECIATION ADJUSTMENT - POST 86                                 -1,683
   INVESTMENT INTEREST EXPENSE
     INVESTMENT INCOME                                                    452
```

--------------------------------------------------------------------------------

STATEMENT  6 - GAINS AND LOSSES FROM SALE OF ASSETS

   1110 BONIFANT LIMITED PARTNERSHIP

   LONG-TERM CAPITAL GAINS AND LOSSES

          PTSHP INT.-GEN. PTR

          DATE ACQUIRED 05/06/85   DATE SOLD 12/31/91

     GROSS SALES PRICE                                                156,019
     COST OR OTHER BASIS                                                    0
                                                                   ----------
     TOTAL GAIN OR LOSS                                               156,019
                                                                   ==========

   ACTIVITY SUMMARY
     TOTAL LONG-TERM GAINS                                            156,019

Gov. 98

BASSING III                               311           0611-55

1991 FEDERAL INCOME TAX STATEMENTS                                PAGE   8
STATEMENT  6 - GAINS AND LOSSES FROM SALE OF ASSETS (CONTINUED)

1110 BONIFANT LIMITED PARTNERSHIP

LONG-TERM CAPITAL GAINS AND LOSSES

    PTSHP INT.LTD PTR

    DATE ACQUIRED 05/06/85   DATE SOLD 12/31/91

```
  GROSS SALES PRICE                                       726,852
  COST OR OTHER BASIS                                           0
                                                         --------
  TOTAL GAIN OR LOSS                                      726,852
                                                         ========
```

ACTIVITY SUMMARY
   TOTAL LONG-TERM GAINS                                  726,852

SUMMARY OF TOTALS TO FORM 4797 OR SCHEDULE D
   LONG-TERM GAIN ON CAPITAL ASSETS TO SCH D PART II      882,871

```
                  BASSING III                      311              0611-55

  1991 FEDERAL INCOME TAX STATEMENTS                                   PAGE   9
STATEMENT   7 - PASSIVE ACTIVITY LOSS LIMITATIONS

  RENTAL REAL ESTATE ACTIVITIES WITH ACTIVE PARTICIPATION

              CURRENT YEAR              PRIOR YEAR             OVERALL
          A) INCOME    B) (LOSS)     C) UNALLOWED       D) INCOME    E) (LOSS)

C W BASSING III, J M WALSH, J M NOLAN &                        PARTNERSHIP
             6,346                     -13,138                            -6,792
C W BASSING III, J M WALSH, J M NOLAN &                        PARTNERSHIP
               212                        -843                              -631
1110 BONIFANT LIMITED PARTNERSHIP                                    (DISPOSITION)
           193,321        -8,997      -101,314          83,010
1110 BONIFANT LIMITED PARTNERSHIP                                    (DISPOSITION)
           885,388       -38,239      -447,271         399,878
          ------------------------   -------------   ---------------------------

TOTALS   1,085,267       -47,236      -562,566         482,888            -7,423
         ==================================================================

  PASSIVE INCOME IS A NET GAIN, FORM 8582 IS NOT REQUIRED
```

Gov. 100

1991 FEDERAL INCOME TAX STATEMENTS                                      PAGE   10

STATEMENT    8 - PASSIVE ACTIVITY LOSS LIMITATIONS
                 ALTERNATIVE MINIMUM TAX

RENTAL REAL ESTATE ACTIVITIES WITH ACTIVE PARTICIPATION

```
              CURRENT YEAR            PRIOR YEAR              OVERALL
         A) INCOME    B) (LOSS)     C) UNALLOWED       D) INCOME    E) (LOSS)

C W BASSING III, J M WALSH, J M NOLAN &                    ALT MIN
           6,696                     -14,455                            -7,759
C W BASSING III, J M WALSH, J M NOLAN &                    ALT MIN
             223                      -2,990                            -2,767
1110 BONIFANT LIMITED PARTNERSHIP                                   (DISPOSITION)
         193,321        -9,387      -155,354            28,580
1110 BONIFANT LIMITED PARTNERSHIP                                   (DISPOSITION)
         885,388       -39,893      -707,008           138,487
         ------------------------   ------------     ---------------------------
TOTALS  1,085,628      -49,280      -879,807           167,067          -10,526
========================================================================
```

BASSING III                              311            0611-55

1991 FEDERAL INCOME TAX STATEMENTS                                    PAGE  11

STATEMENT  9 - CONTRIBUTION CARRYOVERS

| DESCRIPTION | 50 PCT PROPERTY | 30 PCT NONAPPREC PROPERTY | 30 PCT APPREC PROPERTY | 20 PCT NONAPPREC PROPERTY | 20 PCT APPREC PROPERTY |
|---|---|---|---|---|---|
| CONTRIB FROM 88 | 2,060 | | | | |
| AMT USED IN 91 | 2,060 | | | | |
| CONTRIBUTION CARRIED OVER TO 1992 | | | | | |
| | ========== | ========== | ========== | ========== | ========== |

TOTAL 50% CONTRIBUTION CARRYOVERS                            2,060

TOTAL CONTRIBUTION CARRYOVERS FROM PRIOR YEARS                          2,060
                                                                     ==========

```
                BASSING III                    311           0611-55

  1991 FEDERAL INCOME TAX STATEMENTS                             PAGE   12

STATEMENT 10 - COMPUTATION OF AGI LIMIT ON ITEMIZED DEDUCTIONS

  1. TOTAL AMOUNT OF ITEMIZED DEDUCTIONS BEFORE THE
     LIMITATION . . . . . . . . . . . . . . . . . . . 1.         24,835
  2. ITEMIZED DEDUCTIONS EXCLUDED FROM REDUCTION. . . 2.
  3. LINE 1 MINUS LINE 2. IF RESULT IS 0, STOP HERE
     ENTER AMOUNT FROM LINE 1 ON SCHEDULE A . . . . . 3.         24,835
  4. LINE 3 TIMES 80% (.80). . . . . . . . . 4.          19,868
  5. AMOUNT OF ADJUSTED GROSS INCOME . . . 5.          274,370
  6. THRESHOLD AMOUNT. . . . . . . . . . . . 6.          100,000
  7. LINE 5 MINUS LINE 6. IF RESULT IS ZERO
     STOP HERE, ENTER AMOUNT FROM LINE 1 ON
     SCHEDULE A. . . . . . . . . . . . . . . 7.          174,370
  8. LINE 7 TIMES (.03). . . . . . . . . . . 8.            5,231
  9. COMPARE LINES 4 AND 8. ENTER THE SMALLER OF THE
     TWO AMOUNTS HERE . . . . . . . . . . . . . . . . 9.          5,231
 10. TOTAL ITEMIZED DEDUCTIONS. SUBTRACT LINE 9 FROM
     LINE 1. ENTER HERE AND ON SCHEDULE A . . . . . .10          19,604
```

Gov. 103