| Form **1040X** (Rev. November 2001) | Department of the Treasury — Internal Revenue Service<br>**Amended U.S. Individual Income Tax Return**<br>▶ See separate instructions. | OMB No. 1545-0091 |
|---|---|---|

This return is for calendar year ▶ **1991**, or fiscal year ended ▶ _____, _____.

Please print or type

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Charles W. | Bassing III | [redacted] |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Phone number |
|---|---|---|
| 11479 Seneca View Way | | 703-827-8220 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. | | For Paperwork Reduction Act Notice, see page 6. |
| Great Falls, VA  22066 | | |

**A** If the name or address shown above is different from that shown on the original return, check here . . . . . . . . . . . . . . . . . . ▶ ☐
**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . . . . . . . ☐ Yes ☒ No
**C** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.
  On original return ▶ ☒ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household  ☐ Qualifying widow(er)
  On this return ▶ ☒ Single  ☐ Married filing joint return  ☐ Married filing separate return  ☐ Head of household*  ☐ Qualifying widow(er)
  * If the qualifying person is a child but not your dependent, see page 2.

| | Use Part II on the Back to Explain any Changes<br>**Income and Deductions (see pages 2 - 6)** | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | 274,370 | (734,727.00) | (460,357) |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 19,604 | 5,231.00 | 24,835 |
| 3 | Subtract line 2 from line 1 | 3 | 254,766.00 | (739,958.00) | (485,192.00) |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 4 | 0 | 2,150.00 | 2,150 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 254,766.00 | (742,108.00) | (487,342.00) |

**Tax Liability**

| 6 | Tax (see page 4). Method used in col. C  Schedule D | 6 | 68,696 | (68,696.00) | 0 |
|---|---|---|---|---|---|
| 7 | Credits (see page 4) | 7 | 0 | 0.00 | 0 |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 68,696.00 | (68,696.00) | 0.00 |
| 9 | Other taxes (see page 4) | 9 | 0 | 0.00 | 0 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 68,696.00 | (68,696.00) | 0.00 |

**Payments**

| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 0 | 0.00 | 0 |
|---|---|---|---|---|---|
| 12 | Estimated tax payments, including amount applied from prior year's return | 12 | 0 | 0.00 | 0 |
| 13 | Earned income credit (EIC) | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 2439 or Form 4136 | 15 | 0 | 0.00 | 0 |
| 16 | Amount paid with request for extension of time to file (see page 4) | | | 16 | 0 |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | 74,132.04 |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 18 | 74,132.04 |

**Refund or Amount You Owe**

| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
|---|---|---|---|
| 20 | Subtract line 19 from line 18 (see page 5) | 20 | 74,132.04 |
| 21 | **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | 0.00 |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | 74,132.04 |
| 23 | Amount of line 22 you want **refunded to you** | 23 | 74,132.04 |
| 24 | Amount of line 22 you want **applied to your** estimated tax | 24 | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ [signature]  7/3/02     ▶ mailed 7/3/02
Your signature     Date      Spouse's signature. If a joint return, both must sign.  Date

**Paid Preparer's Use Only**

| Preparer's signature | [signature] | Date 7/3/02 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | Patrick G. Dooher  1776 K St., NW, DC  20006 | | EIN | Phone no. 202-452-7991 |

GOVERNMENT EXHIBIT 10:1

Gov. 104                                                              Form **1040X** (Rev. 11-2001)

| Part I | Exemptions. See Form 1040 or 1040A instructions.<br>If you are **not changing your exemptions**, do not complete this part.<br>If claiming **more exemptions**, complete lines 25 - 31.<br>If claiming **fewer exemptions**, complete lines 25 - 30. | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse | 25 | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4.<br><br>Tax year / Exemption amount / **But see the instructions for line 4 on page 3 if the amount on line 1 is over:**<br>2001 / $2,900 / $99,725<br>2000 / 2,800 / 96,700<br>1999 / 2,750 / 94,975<br>1998 / 2,700 / 93,400 | 30 | | | |

31  Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name   Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

| Part II | Explanation of Changes to Income, Deductions, and Credits |
|---|---|

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

Line 1:  See attached Memorandum for explanation

Line 2:  Additional itemized deductions allowable as a result of reduction in AGI.

Line 3:  Personal exemption fully allowable as a result of AGI reduction.

Line 17: Additional tax paid includes section 6651(a)(2) addition to tax for late payment; even if the line 1 adjustment reducing tax liability to zero is not accepted, reasonable cause - financial incapacity - existed for the late payment. Consequently, full refund of the late payment penalty is claimed on the alternative ground of reasonable cause.

| Part III | **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

# Form 1040 — U.S. Individual Income Tax Return 1991 — Amended Return

Department of the Treasury — Internal Revenue Service
For the year Jan.–Dec. 31, 1991, or other tax year beginning _____, 1991, ending _____, 19 ___  OMB No. 1545-0074

**Label** (See instructions on page 11.) Use the IRS label. Otherwise, please print or type.

Your first name and initial / Last name: **CHARLES W BAKING II** (reading)
Home address (number and street): **11479 SENECA VIEW WAY**
City, town or post office, state, and ZIP code: **GREAT FALLS, VA 22066**

Your social security number: [redacted]

**Presidential Election Campaign** (See page 11.)
- Do you want $1 to go to this fund? — Yes / **No**
- If joint return, does your spouse want $1 to go to this fund? — Yes / **No**

## Filing Status (Check only one box.)
1. **X** Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 12.)

## Exemptions (See page 12.)
- 6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
- 6b ☐ Spouse
- 6c Dependents: (none listed)
- 6d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
- 6e Total number of exemptions claimed

No. of boxes checked on 6a and 6b: **1**
Add numbers entered on lines above ▶ **1**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) SEE STATEMENT 1 | 15,300 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 4,128 |
| 8b | Tax-exempt interest (see page 16). DON'T include on line 8a | |
| 9 | Dividend income (also attach Schedule B if over $400) | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 16 | |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | 195,858 |
| 14 | Capital gain distributions not reported on line 13 (see page 17) | |
| 15 | Other gains or (losses) (attach Form 4797) | |
| 16a | Total IRA distributions | |
| 16b | Taxable amount (see page 17) | |
| 17a | Total pensions and annuities | |
| 17b | Taxable amount (see page 17) | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | <603,244> |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20 | Unemployment compensation (insurance) (see page 18) | |
| 21a | Social security benefits | |
| 21b | Taxable amount (see page 18) | |
| 22 | Other income (list type and amount — see page 19) SEE STATEMENT 4 | <72,079> |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | <460,357> |

## Adjustments to Income (See page 19.)

| Line | Description | Amount |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 20 or 21 | |
| 24b | Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | |
| 25 | One-half of self-employment tax (see page 21) | |
| 26 | Self-employed health insurance deduction, from worksheet on page 22 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid. Recipient's SSN ▶ _____ | |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | 0 |

## Adjusted Gross Income

31. Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56. ▶ **<460,357>**

Cat. No. 11320B

Form 1040 (1991) Page 2

| Section | Line | Description | Amount |
|---|---|---|---|
| **Tax Computation** *If you want the IRS to figure your tax, see page 24.* | 32 | Amount from line 31 (adjusted gross income) | <460,357> |
| | 33a | Check if: ☐ You were 65 or older. ☐ Blind; ☐ Spouse was 65 or older. ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | |
| | 34 | Enter the larger of your: Itemized deductions (from Schedule A, line 26), OR Standard deduction (shown below for your filing status). Caution: If you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single—$3,400 • Head of household—$5,000 • Married filing jointly or Qualifying widow(er)—$5,700 • Married filing separately—$2,850 | 24,835 |
| | 35 | Subtract line 34 from line 32 | <485,192> |
| | 36 | If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter | 2150 |
| | 37 | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 0 |
| | 38 | Enter tax. Check if from a ☐ Tax Table. b ☐ Tax Rate Schedules. c ☒ Schedule D, or d ☐ Form 8615 (see page 24). (Amount, if any, from Form(s) 8814 ▶ e _____ .) | 0 |
| | 39 | Additional taxes (see page 24). Check if from a ☐ Form 4970 b ☐ Form 4972 | 0 |
| | 40 | Add lines 38 and 39 | 0 |
| **Credits** (See page 25.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | |
| | 43 | Foreign tax credit (attach Form 1116) | |
| | 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ | |
| | 45 | Add lines 41 through 44 | |
| | 46 | Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) ▶ | 0 |
| **Other Taxes** | 47 | Self-employment tax (attach Schedule SE) | |
| | 48 | Alternative minimum tax (attach Form 6251) | |
| | 49 | Recapture taxes (see page 26). Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | |
| | 50 | Social security and Medicare tax on tip income not reported to employer (attach Form 4137) | |
| | 51 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | |
| | 52 | Advance earned income credit payments from Form W-2 | |
| | 53 | Add lines 46 through 52. This is your total tax ▶ | 0 |
| **Payments** *Attach Forms W-2, W-2G, and 1099-R to front.* | 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | |
| | 55 | 1991 estimated tax payments and amount applied from 1990 return | |
| | 56 | Earned income credit (attach Schedule EIC) | |
| | 57 | Amount paid with Form 4868 (extension request) | |
| | 58 | Excess social security, Medicare, and RRTA tax withheld (see page 27) | |
| | 59 | Other payments (see page 27). Check if from a ☐ Form 2439 b ☐ Form 4136 | |
| | 60 | Add lines 54 through 59. These are your total payments ▶ | 0 |
| **Refund or Amount You Owe** | 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you OVERPAID ▶ | |
| | 62 | Amount of line 61 to be REFUNDED TO YOU ▶ | |
| | 63 | Amount of line 61 to be APPLIED TO YOUR 1992 ESTIMATED TAX ▶ | |
| | 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. | 0 |
| | 65 | Estimated tax penalty (see page 28). Also include on line 64. | |

**Sign Here** Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶ | Date | Your occupation

Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no.

Firm's name (or yours if self-employed) and address: BERLIN, RAMOS & COMPANY, P.A. 11200 ROCKVILLE PIKE SUITE 115 ROCKVILLE, MD 20852 | E.I. No. 52- _____ | ZIP code _____

30

SCHEDULE A
(Form 1040)

Department of the Treasury
Internal Revenue Service

Schedule A - Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1991**

Attachment Sequence No. 07

Name(s) shown on Form 1040: CHARLES W BASSING III

| Section | Line | Description | Amount | Total |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses. (See page 38.) | | |
| | 2 | Enter amount from Form 1040, line 32  2 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- | ▶ 4 | |
| **Taxes You Paid** (See page 38.) | 5 | State and local income taxes | 5 | |
| | 6 | Real estate taxes | 6  3,646. | |
| | 7 | Other taxes. (List - include personal property taxes.) ▶ | 7 | |
| | 8 | Add lines 5 through 7. Enter the total | ▶ 8 | 3,646. |
| **Interest You Paid** (See page 39.) | 9a | Home mortgage interest and points reported to you on Form 1098. | 9a  19,004. | |
| | b | Home mortgage interest not reported to you on Form 1098. (If paid to an individual, show that person's name and address.) ▶ | 9b | |
| Note: Personal interest is no longer deductible. | 10 | Points not reported to you on Form 1098. (See instructions for special rules.) | 10  125. | |
| | 11 | Investment interest (attach Form 4952 if required). (See page 40.) | 11 | |
| | 12 | Add lines 9a through 11. Enter the total | ▶ 12 | 19,129. |
| **Gifts to Charity** (See page 40.) | | Caution: If you made a charitable contribution and received a benefit in return, see page 40. | | |
| | 13 | Contributions by cash or check | 13 | |
| | 14 | Other than cash or check. (You MUST attach Form 8283 if over $500.) | 14 | |
| | 15 | Carryover from prior year.     SEE STMT | 15  2,060. | |
| | 16 | Add lines 13 through 15. Enter the total | ▶ 16 | 2,060. |
| **Casualty and Theft Losses** | 17 | Casualty or theft loss(es) (attach Form 4684). (See page 40.) | ▶ 17 | |
| **Moving Expenses** | 18 | Moving expenses (attach Form 3903 or 3903F). (See page 41.) | ▶ 18 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 41 for expenses to deduct here.) | 19 | Unreimbursed employee expenses - job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ | 19 | |
| | 20 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Enter amount from Form 1040, line 32  22 | | |
| | 23 | Multiply line 22 above by 2% (.02) | 23 | |
| | 24 | Subtract line 23 from line 21. Enter the result. If less than zero, enter -0- | ▶ 24 | |
| **Other Miscellaneous Deductions** | 25 | Other (from list on page 41 of instructions). List type and amount ▶ | ▶ 25 | |
| **Total Itemized Deductions** | 26 | • If the amount on Form 1040, line 32 is $100,000 or less ($50,000 or less if married filing separately), add lines 4, 8, 12, 16, 17, 18, 24, and 25. Enter the total here.
• If the amount on Form 1040, line 32 is more than $100,000 (more than $50,000 if married filing separately), see page 42 for the amount to enter.
Caution: Be sure to enter on Form 1040, line 34, the LARGER of the amount on line 26 above or your standard deduction. | ▶ 26 | 24,835. |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Gov. 108

N788

Schedule A (Form 1040) 1991

Schedules A&B (Form 1040) 1991

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on Page 1.)

CHARLES W BASSING III

OMB No. 1545-0074  Page 2
Your social security number ████████

Attachment Sequence No. 08

# Schedule B—Interest and Dividend Income

**Part I**
**Interest Income**

If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 43), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 43.

(See pages 15 and 43.)

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| Interest Income | Amount |
|---|---|
| 1 Interest income. (List name of payer - if any interest income is from seller-financed mortgages, see instructions and list this interest first.) ▶ | |
| FIRST AMERICAN BANK OF VA | 1,753. |
| CENTRAL FIDELITY BANK | 996. |
| FIRST VIRGINIA BANK | 927. |
| FROM PARTNERSHIPS | 452. |
| 1 | |
| 2 Add the amounts on line 1. | 2 | 4,128. |
| 3 Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040. | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a. ▶ | 4 | 4,128. |

**Part II**
**Dividend Income**

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 43.

(See pages 16 and 43.)

Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| Dividend Income | Amount |
|---|---|
| 5 Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | |
| 5 | |
| 6 Add the amounts on line 5. Enter the total. | 6 | |
| 7 Capital gain distributions. Enter here and on Schedule D* | 7 | |
| 8 Nontaxable distributions. (See the instructions for Form 1040, line 9.) | 8 | |
| 9 Add lines 7 and 8. | 9 | |
| 10 Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

**Part III**
**Foreign Accounts and Foreign Trusts**

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

|  | Yes | No |
|---|---|---|
| 11a At any time during 1991, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 43 for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| b If "Yes," enter the name of the foreign country ▶ | | |
| 12 Were you the grantor of, or transferor to, a foreign trust that existed during 1991, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926. | | X |

(See page 43.)

For Paperwork Reduction Act Notice, see Form 1040 Instructions.
H735

Schedule B (Form 1040) 1991

# SCHEDULE D
## (Form 1040)

Department of the Treasury
Internal Revenue Service (X)

# Capital Gains and Losses
(And Reconciliation of Forms 1099-B for Bartering Transactions)
▶ Attach to Form 1040.   ▶ See Instructions for Schedule D (Form 1040).
▶ For more space to list transactions for lines 1a and 8a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

**1991**

Attachment Sequence No. **12A**

Name(s) shown on Form 1040: _CHARLES W. SHONE III_

Your social security no: [redacted]

Caution: Add the following amounts reported to you for 1991 on Forms 1099-B and 1099-S (or on substitute statements): (a) proceeds from transactions involving stocks, bonds, and other securities, and (b) gross proceeds from real estate transactions not reported on another form or schedule. If this total does not equal the total of lines 1c and 8c, column (d), attach a statement explaining the difference.

## Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example: 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See instructions. | | | | | | |
| | | | | | | |
| 1b Amounts from Schedule D-1, line 1b (attach Schedule D-1) | | | | | | |
| 1c Total of All Sales Price Amounts. Add column (d) of lines 1a and 1b ▶ 1c | | | | | | |
| 1d Other Transactions (Do NOT include real estate transactions from Forms 1099-S on this line. Report them on line 1a.) | | | | | | |

| | | |
|---|---|---|
| 2  Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c | 2 | |
| 3  Short-term gain from installment sales from Form 6252, line 22 or 30 | 3 | |
| 4  Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries | 4 | |
| 5  Short-term capital loss carryover from 1990 Schedule D, line 29 | 5 | |
| 6  Add lines 1a, 1b, 1d, and 2 through 5, in columns (f) and (g) | 6 ( | ) |
| 7  Net short-term capital gain or (loss). Combine columns (f) and (g) of line 6 | 7 | |

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| | | | | | | |
|---|---|---|---|---|---|---|
| 8a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See instructions. | | | | | | |
| 8b Amounts from Schedule D-1, line 8b (attach Schedule D-1) | | | | | | |
| 8c Total of All Sales Price Amounts. Add column (d) of lines 8a and 8b ▶ 8c | | | | | | |
| 8d Other Transactions (Do NOT include real estate transactions from Forms 1099-S on this line. Report them on line 8a.) | | | | | | |

| | | |
|---|---|---|
| 9  Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c | 9 | |
| 10 Long-term gain from installment sales from Form 6252, line 22 or 30 | 10 | |
| 11 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries | 11 | |
| 12 Capital gain distributions | 12 | |
| 13 Gain from Form 4797, line 7 or 9 | 13 | 195,838 |
| 14 Long-term capital loss carryover from 1990 Schedule D, line 36 | 14 | |
| 15 Add lines 8a, 8b, 8d, and 9 through 14, in columns (f) and (g) | 15 ( ) | 195,838 |
| 16 Net long-term capital gain or (loss). Combine columns (f) and (g) of line 15 | 16 | 195,838 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Cat. No. 11338H    Schedule D (Form 1040) 1991

115

Schedule D (Form 1040) 1991 — Attachment Sequence No. 12A — Page 2

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

### Part III — Summary of Parts I and II

| # | Description | Amount |
|---|---|---|
| 17 | Combine lines 7 and 16 and enter the net gain or (loss) here. If the result is a gain, also enter the gain on Form 1040, line 13. (Note: If both lines 16 and 17 are gains, see Part IV below.) | 195,838 |
| 18 | If line 17 is a (loss), enter here and as a (loss) on Form 1040, line 13, the smaller of: a The (loss) on line 17; or b ($3,000) or, if married filing a separate return, ($1,500) Note: When figuring whether line 18a or 18b is smaller, treat both numbers as positive. | ( ) |

Complete Part V if the loss on line 17 is more than the loss on line 18, OR if Form 1040, line 37, is zero.

### Part IV — Tax Computation Using Maximum Capital Gains Rate

USE THIS PART TO FIGURE YOUR TAX ONLY IF BOTH LINES 16 AND 17 ARE GAINS, AND:

You checked filing status box: 1 / 2 or 5  AND  Form 1040, line 37, is over: $49,300 / $82,150
You checked filing status box: 3 / 4  AND  Form 1040, line 37, is over: $41,075 / $70,450

| # | Description | Amount |
|---|---|---|
| 19 | Enter the amount from Form 1040, line 37 | 0 |
| 20 | Enter the smaller of line 16 or line 17 | 195,838 |
| 21 | Subtract line 20 from line 19 | <195,838> |
| 22 | Enter: a $20,350 if you checked filing status box 1; b $34,000 if you checked filing status box 2 or 5; c $17,000 if you checked filing status box 3; or d $27,300 if you checked filing status box 4 | 20,350 |
| 23 | Enter the greater of line 21 or line 22 | 20,350 |
| 24 | Subtract line 23 from line 19 | <20,350> |
| 25 | Figure the tax on the amount on line 23. Use the Tax Table or Tax Rate Schedules, whichever applies | 0 |
| 26 | Multiply line 24 by 28% (.28) | 0 |
| 27 | Add lines 25 and 26. Enter here and on Form 1040, line 38, and check the box for Schedule D | 0 |

### Part V — Capital Loss Carryovers from 1991 to 1992

**Section A.—Carryover Limit**

| # | Description | Amount |
|---|---|---|
| 28 | Enter the amount from Form 1040, line 35. If a loss, enclose the amount in parentheses | |
| 29 | Enter the loss from line 18 as a positive amount | |
| 30 | Combine lines 28 and 29. If zero or less, enter -0- | |
| 31 | Enter the smaller of line 29 or line 30 | |

**Section B.—Short-Term Capital Loss Carryover to 1992** (Complete this section only if there is a loss on both lines 7 and 18.)

| # | Description | Amount |
|---|---|---|
| 32 | Enter the loss from line 7 as a positive amount | |
| 33 | Enter the gain, if any, from line 16 | |
| 34 | Enter the amount from line 31 | |
| 35 | Add lines 33 and 34 | |
| 36 | Short-term capital loss carryover to 1992. Subtract line 35 from line 32. If zero or less, enter -0- | |

**Section C.—Long-Term Capital Loss Carryover to 1992** (Complete this section only if there is a loss on both lines 16 and 18.)

| # | Description | Amount |
|---|---|---|
| 37 | Enter the loss from line 16 as a positive amount | |
| 38 | Enter the gain, if any, from line 7 | |
| 39 | Enter the amount from line 31 | |
| 40 | Enter the amount, if any, from line 32 | |
| 41 | Subtract line 40 from line 39. If zero or less, enter -0- | |
| 42 | Add lines 38 and 41 | |
| 43 | Long-term capital loss carryover to 1992. Subtract line 42 from line 37. If zero or less, enter -0- | |

### Part VI — Election Not To Use the Installment Method

(Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

44 Check here if you elect out of the installment method ▶ ☐
45 Enter the face amount of the note or other obligation ▶ ..........
46 Enter the percentage of valuation of the note or other obligation ▶ .......... %

### Part VII — Reconciliation of Forms 1099-B for Bartering Transactions

(Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule

| # | Description | Amount |
|---|---|---|
| 47 | Form 1040, line 22 | |
| 48 | Schedule C, D, E, or F (Form 1040) (specify) ▶ | |
| 49 | Other form or schedule (identify) (if nontaxable, indicate reason—attach additional sheets if necessary): | |
| 50 | Total. Add lines 47 through 49. This amount should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions | |

Schedule E (Form 1040) 1991 Page 2

Name(s) shown on return. (Do not enter name and social security number if shown on page 1.)
CHARLES W BASSING III

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.

### Part II — Income or Loss From Partnerships and S Corporations

If you report a loss from an at-risk activity, you MUST check either column (e) or (f) of line 27 to describe your investment in the activity. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corp. | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk / (f) Some is not at risk |
|---|---|---|---|---|---|
| A | SEE STATEMENT 5 | P | | | X (not at risk) |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | 603,244. | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| F | | | | | |
| G | | | | | |

28a Totals
  b Totals   603,244.

29 Add columns (h) and (k) of line 28a. Enter the total income here ........... 29
30 Add columns (g), (i), and (j) of line 28b. Enter the total here ............ 30   -603,244.
31 Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below .......... 31   -603,244.

### Part III — Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

33a Totals
  b Totals

34 Add columns (d) and (f) of line 33a. Enter the total income here .......... 34
35 Add columns (c) and (e) of line 33b. Enter the total here ............. 35
36 Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below ......... 36

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)-Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|

38 Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below . 38

### Part V — Summary

39 Net farm rental income or (loss) from Form 4835. (Also complete line 41 below.) ........ 39
40 TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 18 ............................. ▶ 40   -603,244.
41 Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported in Parts II and III and on line 39 ........ 41

For Paperwork Reduction Act Notice, see Form 1040 Instructions.   Schedule E (Form 1040) 1991

Form **982**
(Rev. February 1992)
Department of the Treasury
Internal Revenue Service

**Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)**

► Attach this form to your income tax return.

OMB No. 1545-0046
Expires: 01-31-95

Name shown on return: CHARLES W. BASSING, III

### Part I — General Information

1. Amount excluded is due to (check applicable box(es)) (see instructions):
   a. Discharge of indebtedness in a title 11 case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   b. Discharge of indebtedness to the extent insolvent (not in a title 11 case) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   c. Discharge of "qualified farm indebtedness" (See Instructions for line 1c before completing Part II.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒
2. Total amount of discharged indebtedness excluded from gross income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 734,727
3. Do you elect to treat all real property described in section 1221(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

### Part II — Reduction of Tax Attributes

Note: You must attach a description of the transactions resulting in the reduction in basis under section 1017.

Enter amount excluded from gross income:

4. That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
5. Applied to reduce any net operating loss which occurred in the tax year of the discharge or carried over to the tax year of the discharge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 464,485
6. Applied to reduce certain credit carryovers comprising the general business credit to or from the tax year of the discharge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
7. Applied to reduce any net capital loss for the tax year of the discharge including any capital loss carryovers to the tax year of discharge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |
8. Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 4. DO NOT use in the case of discharge of qualified farm indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 190,721
9. For discharge of qualified farm indebtedness, applied to reduce the basis of depreciable property used or held for use in a trade or business, or for the production of income, if not reduced on line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
10. For discharge of qualified farm indebtedness, applied to reduce the basis of land used or held for use in a trade or business of farming . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
11. For discharge of qualified farm indebtedness, applied to reduce the basis of other property used or held for use in a trade or business, or for the production of income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12. Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 |

### Part III — Consent of Corporation to Adjustment of Basis of its Property Under Section 1082(a)(2) of the Internal Revenue Code

The corporation named above has excluded under section 1081(b) of the Internal Revenue Code $ _____ from its gross income for the tax year beginning _____, and ending _____. Under that section the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) of the Internal Revenue Code in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of _____.

(State of Incorporation)

Note: You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.

**Signature**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

_____
(Signature – if individual taxpayer)                                                       (Date)

_____
(Signature of officer – if corporate taxpayer)        (Title)                               (Date)

For Paperwork Reduction Act Notice, see instr.

Gov. 113
CCH from CPS

Form 982 (Rev. 2-92)