CHARLES W. BASSING, III 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

FORM 982, PART II, LINE 5 - DISCHARGE OF INDEBTEDNESS APPLIED TO REDUCE NET OPERATING LOSS OF TAX YEAR AND CARRYOVER TO CURRENT TAX YEAR
****************************************************************************

| | |
|---|---|
| 1991 NET OPERATING LOSS | 242,721 |
| NET OPERATING LOSS CARRYOVER TO 1991 | 221,764 |
| TOTAL NET OPERATING LOSS APPLIED TO 1991 | 464,485 |
| TOTAL NET OPERATING LOSSES FOR 1991 APPLIED TO DISCHARGE OF INDEBTEDNESS | 464,485 |



GOVERNMENT EXHIBIT
10:2

CHARLES W. BASSING, III 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

FORM 982, PART II, LINE 8 - DISCHARGE OF INDEBTEDNESS APPLIED TO REDUCE THE BASIS OF NONDEPRECIABLE AND DEPRECIABLE PROPERTY NOT REDUCED ON LINE 4

******************************************************************************

| | | |
|---|---|---|
| TOTAL AMOUNT OF DISCHARGED INDEBTEDNESS EXCLUDED FROM GROSS INCOME **(FORM 982, LINE 2)** | | 734,727 |
| DISCHARGE OF INDEBTEDNESS APPLIED TO TOTAL NET OPERATING LOSSES FOR 1991 **(FORM 982, LINE 5)** | | (464,485) |
| REMAINING AMOUNT OF DISCHARGED INDEBTEDNESS EXCLUDED FROM GROSS INCOME | | 270,242 |
| AMOUNT APPLIED TO REDUCE BASIS IN PERSONAL RESIDENCE | (151,425) | |
| AMOUNT APPLIED TO REDUCE BASIS IN PERSONAL ASSETS | (30,000) | |
| AMOUNT APPLIED TO REDUCE BASIS IN BENCHMARK PROPERTIES, INC. | (9,296) | |
| TOTAL AMOUNT APPLIED TO REDUCE BASIS IN NONDEPRECIABLE AND DEPRECIABLE PROPERTY **(FORM 982, LINE 8)** | | (190,721) |
| TOTAL AMOUNT OF DISCHARGE OF INDEBTEDNESS EXCLUDED FROM GROSS INCOME REMAINING TO BE APPLIED TO REDUCE TAX ATTRIBUTES | | 79,521 |

Form **4797**

Department of the Treasury
Internal Revenue Service (X)

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F)

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-0184

**1991**

Attachment Sequence No. 27

Name(s) shown on return: CHARLES W BASSING III

Identifying number: 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

**Part I** Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1991 on Form(s) 1099-S (or a substitute statement) that you will be including on lines 2, 10, or 20 . . . . . . 1

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS ((f) minus the sum of (d) and (e)) | (h) GAIN ((d) plus (e) minus (f)) |
|---|---|---|---|---|---|---|---|
| 2 OTHER SECTION 1231 GAIN OR LOSS FROM PARTNERSHIPS SEE STATEMENT 5 | | | | | | | 195,838. |

3 Gain, if any, from Form 4684, Section B, line 21

4 Section 1231 gain from installment sales from Form 6252, line 22 or 30.

5 Gain, if any, from line 32, from other than casualty or theft

6 Add lines 2 through 5 in columns (g) and (h). . . . 195,838.

7 Combine columns (g) and (h) of line 6. Enter gain or (loss) here, and on the appropriate line as follows: . . . 195,838.

Partnerships.—Enter the gain or (loss) on Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

S corporations.—Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

All others.—If line 7 is zero or a loss, enter the amount on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

8 Nonrecaptured net section 1231 losses from prior years

9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows:

S corporations.—Enter this amount (if more than zero) on Schedule D (Form 1120S), line 7, and skip lines 11 and 12 below.

All others.—If line 9 is zero, enter the amount from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the amount from line 9 as a long-term capital gain on Schedule D.

**Part II** Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

11 Loss, if any, from line 7.

12 Gain, if any, from line 7, or amount from line 8 if applicable

13 Gain, if any, from line 31

14 Net gain or (loss) from Form 4684, Section B, lines 13 and 20a

15 Ordinary gain from installment sales from Form 6252, line 21 or 29

16 Recapture of section 179 deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations

17 Add lines 10 through 16 in columns (g) and (h).

18 Combine columns (g) and (h) of line 17. Enter gain or (loss) here, and on the appropriate line as follows:

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, Section B, Part II, column (b)(ii), enter that part of the loss here and on line 20 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)"

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 15

For Paperwork Reduction Act Notice, see separate instructions.



N788 Form 4797 (1991)

Form 4797 (1991) 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



**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 Description of sections 1245, 1250, 1252, 1254, and 1255 property: | Date acquired (mo., day, yr.) | Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| Relate lines 19A through 19D to these columns ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|
| 20 Gross sales price (Note: *See line 1 before completing.*) | | | | |
| 21 Cost or other basis plus expense of sale | | | | |
| 22 Depreciation (or depletion) allowed or allowable | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | | | | |
| 25 If section 1245 property: | | | | |
| a Depreciation allowed or allowable from line 22 | | | | |
| b Enter the smaller of line 24 or 25a | | | | |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g unless you are a corporation subject to section 291. | | | | |
| a Additional depreciation after 1975 | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a | | | | |
| c Subtract line 26a from line 24. If line 24 is not more than line 26a skip lines 26d and 26e | | | | |
| d Additional depreciation after 1969 and before 1976 | | | | |
| e Applicable percentage multiplied by the smaller of line 26c or 26d | | | | |
| f Section 291 amount (corporations only) | | | | |
| g Add lines 26b, 26e and 26f | | | | |
| 27 If section 1252 property: Skip this section if you did not dispose of farmland or if you are a partnership. | | | | |
| a Soil, water, and land clearing expenses | | | | |
| b Line 27a multiplied by applicable percentage | | | | |
| c Enter the smaller of line 24 or 27b | | | | |
| 28 If section 1254 property: | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | | | | |
| b Enter the smaller of line 24 or 28a | | | | |
| 29 If section 1255 property: | | | | |
| a Applicable percentage of payments excluded from income under section 126 | | | | |
| b Enter the smaller of line 24 or 29a | | | | |

**Summary of Part III Gains** (Complete property columns A through D, through line 29b before going to line 30.)

| | |
|---|---|
| 30 Total gains for all properties. Add columns A through D, line 24 | |
| 31 Add columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13. (See the instructions for Part IV if this is an installment sale.) | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, Section B, line 15. Enter the portion from other than casualty or theft on Form 4797, line 5 | |

**Part IV** Election Not to Use the Installment Method (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

33 Check here if you elect out of the installment method ▶ ☐

34 Enter the face amount of the note or other obligation ▶ $

35 Enter the percentage of valuation of the note or other obligation ▶ %

**Part V** Recapture Amounts Under Sections 179 and 280F When Business Use Drops to 50% or Less (See instructions for Part V.)

| | (a) Section 179 | (b) Section 280F |
|---|---|---|
| 36 Section 179 expense deduction or depreciation allowable in prior years | | |
| 37 Recomputed depreciation | | |
| 38 Recapture amount. Subtract line 37 from line 36. (See instructions for where to report.) | | |

Gov. 117

H788

Form **6251** | **Alternative Minimum Tax—Individuals** | OMB No. 1545-0227

Department of the Treasury
Internal Revenue Service

▶ **See separate instructions.**

▶ Attach to Form 1040 or Form 1040NR. Estates and trusts, use Form 8656.

**1991**
Attachment Sequence No. 32

Name(s) shown on Form 1040: CHARLES W. BASSINE II

Your social security number: 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

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 1 | Enter the amount from Form 1040, line 35. (If Form 1040, line 35 is less than zero, enter as a negative amount.) | | | 1 | <485,192> |
| 2 | Net operating loss deduction, if any, from Form 1040, line 22. (Enter as a positive amount.) | | | 2 | 221,764 |
| 3 | Overall itemized deductions limitation (see instructions) | | | 3 | ( ) |
| 4 | Combine lines 1, 2, and 3 | | | 4 | <263428> |
| 5 | **Adjustments:** (See instructions before completing.) | | | | |
| a | Standard deduction, if any, from Form 1040, line 34 | 5a | | | |
| b | Medical and dental expenses. (Enter the smaller of the amount from Schedule A (Form 1040), line 4 or 2½% of Form 1040, line 32.) | 5b | | | |
| c | Miscellaneous itemized deductions from Schedule A (Form 1040), line 24 | 5c | | | |
| d | Taxes from Schedule A (Form 1040), line 8 | 5d | 3,046. | | |
| e | Refund of taxes | 5e | ( ) | | |
| f | Certain home mortgage interest | 5f | | | |
| g | Investment interest expense | 5g | | | |
| h | Depreciation of tangible property placed in service after 1986 | 5h | < 2,044. > | | |
| i | Circulation and research and experimental expenditures paid or incurred after 1986 | 5i | | | |
| j | Mining exploration and development costs paid or incurred after 1986 | 5j | | | |
| k | Long-term contracts entered into after 2/28/86 | 5k | | | |
| l | Pollution control facilities placed in service after 1986 | 5l | | | |
| m | Installment sales of certain property | 5m | | | |
| n | Adjusted gain or loss and incentive stock options | 5n | | | |
| o | Certain loss limitations | 5o | | | |
| p | Tax shelter farm loss | 5p | | | |
| q | Passive activity loss | 5q | < 316,280. > | | |
| r | Beneficiaries of estates and trusts | 5r | | | |
| s | Combine lines 5a through 5r | | | 5s | <315,278> |
| 6 | **Tax preference items:** (See instructions before completing.) | | | | |
| a | Appreciated property charitable deduction | 6a | | | |
| b | Tax-exempt interest from private activity bonds issued after 8/7/86 | 6b | | | |
| c | Depletion | 6c | | | |
| d | Accelerated depreciation of real property placed in service before 1987 | 6d | | | |
| e | Accelerated depreciation of leased personal property placed in service before 1987 | 6e | | | |
| f | Amortization of certified pollution control facilities placed in service before 1987 | 6f | | | |
| g | Intangible drilling costs | 6g | | | |
| h | Add lines 6a through 6g | | | 6h | |
| 7 | Combine lines 4, 5s, and 6h | | | 7 | <578,706> |
| 8 | Energy preference adjustment for certain taxpayers. (Do not enter more than 40% of line 7.) See instructions | | | 8 | |
| 9 | Subtract line 8 from line 7 | | | 9 | <578,706> |
| 10 | Alternative tax net operating loss deduction. See instructions for limitations | | | 10 | 58,104 |
| 11 | **Alternative minimum taxable income.** Subtract line 10 from line 9. If married filing separately, see instructions | | | 11 | <636,810> |
| 12 | Enter: $40,000 ($20,000 if married filing separately; $30,000 if single or head of household) | | | 12 | 30,000 |
| 13 | Enter: $150,000 ($75,000 if married filing separately; $112,500 if single or head of household) | | | 13 | 112,500 |
| 14 | Subtract line 13 from line 11. If zero or less, enter -0- here and on line 15 and go to line 16 | | | 14 | 0 |
| 15 | Multiply line 14 by 25% (.25) | | | 15 | 0 |
| 16 | **Exemption.** Subtract line 15 from line 12. If zero or less, enter -0-. If completing this form for a child under age 14, see instructions for amount to enter | | | 16 | 30000 |
| 17 | Subtract line 16 from line 11. If zero or less, enter -0- here and on line 22 and skip lines 18 through 21 | | | 17 | 0 |
| 18 | Multiply line 17 by 24% (.24) | | | 18 | 0 |
| 19 | Alternative minimum tax foreign tax credit. See instructions | | | 19 | |
| 20 | Tentative minimum tax. Subtract line 19 from line 18 | | | 20 | 0 |
| 21 | Enter your tax from Form 1040, line 38, minus any foreign tax credit on Form 1040, line 43. If an amount is entered on line 39 of Form 1040, see instructions | | | 21 | 0 |
| 22 | **Alternative minimum tax.** Subtract line 21 from line 20. If zero or less, enter -0-. Enter this amount on Form 1040, line 48. If completing this form for a child under age 14, see instructions for amount to enter | | | 22 | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.** Gov. 118 Cat. No. 13600G Form **6251** (1991)

Form **8582** Department of the Treasury Internal Revenue Service

# Passive Activity Loss Limitat

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008 **1991** Attachment Sequence No. 88

Name(s) shown on return | Identifying number

**Part I** 1991 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on pages 7 and 8 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | | |
|---|---|---|---|
| 1a Activities with net income (from Worksheet 1, column (a)) | 1a | 6,558 | |
| b Activities with net loss (from Worksheet 1, column (b)) | 1b | ( 47,236 ) | |
| c Prior year unallowed losses (from Worksheet 1, column (c)) | 1c | ( 562,566 ) | |
| d Combine lines 1a, 1b, and 1c | | | 1d <603244> |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a Activities with net income (from Worksheet 2, column (a)) | 2a | | |
| b Activities with net loss (from Worksheet 2, column (b)) | 2b | ( ) | |
| c Prior year unallowed losses (from Worksheet 2, column (c)) | 2c | ( ) | |
| d Combine lines 2a, 2b, and 2c | | | 2d |
| 3 Combine lines 1d and 2d. If the result is net income or -0-, see the instructions for line 3. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10. | | | 3 <603244> |

**Part II** Special Allowance for Rental Real Estate With Active Participation

**Note:** *Treat all numbers entered in Part II as positive amounts. (See instructions on page 8 for examples.)*

| | | | |
|---|---|---|---|
| 4 Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 603244 |
| 5 Enter $150,000. If married filing separately, see the instructions | 5 | 150,000 | |
| 6 Enter modified adjusted gross income, but not less than -0- (see instructions) | 6 | 0 | |
| **Note:** *If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7.* | | | |
| 7 Subtract line 6 from line 5. | 7 | 150,000 | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 25,000 |
| 9 Enter the **smaller** of line 4 or line 8 | | | 9 25,000 |

**Part III** Total Losses Allowed

| | |
|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total | 10 6558 |
| 11 **Total losses allowed from all passive activities for 1991.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 603244 |

**For Paperwork Reduction Act Notice, see separate instructions.** Cat. No. 63704F Form **8582** (1991)

Gov. 119

Form 8582 (1991)

**Caution:** *Th[illegible] [work]sheets are not required to be filed wi[th] [your] tax return and may be detached befor[e] [fi]ling Form 8582. Keep a copy of the worksheets for your records.*



**Worksheet 1—For Form 8582, Lines 1a, 1b, and 1c** (See instructions on page 7.)

| Name of activity | Current year (a) Net income (line 1a) | Current year (b) Net loss (line 1b) | Prior year (c) Unallowed loss (line 1c) | Overall gain or loss (d) Gain | Overall gain or loss (e) Loss |
|---|---|---|---|---|---|
| Benchmark (GENERAL) | 6 346 | | < 13,138 > | | 6 792 |
| Benchmark (LIMITED) | 212 | | < 843 > | | 631 |
| Bonifant (GENERAL) | | < 8,947 > | < 101 314 > | | 110 311 |
| Bonifant (LIMITED) | | < 38,279 > | < 447,271 > | | 485 510 |
| | | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c. ▶ | 6,558 | < 47,23[illegible] > | < 5625[illegible] > | | |

**Worksheet 2—For Form 8582, Lines 2a, 2b, and 2c** (See instructions on page 8.)

| Name of activity | Current year (a) Net income (line 2a) | Current year (b) Net loss (line 2b) | Prior year (c) Unallowed loss (line 2c) | Overall gain or loss (d) Gain | Overall gain or loss (e) Loss |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 2a, 2b, and 2c. ▶ | | | | | |

**Worksheet 3—Use this worksheet if an amount is shown on Form 8582, line 9** (See instructions on page 8.)

| Name of activity | Form or schedule to be reported on | (a) Loss (See instructions.) | (b) Ratio (See instructions.) | (c) Special allowance (See instructions.) | (d) Subtract column (c) from column (a) (See instructions.) |
|---|---|---|---|---|---|
| Benchmark (G) | SCH. E | 6,792 | | | 6,792 |
| Benchmark (L) | SCH. E | 631 | | | 631 |
| Bonifant (G) | SCH. E | 110 311 | | | 110 311 |
| Bonifant (L) | SCH. E | 485 510 | | | 485 510 |
| | | | | | |
| Total ▶ | | 603 244 | 1.00 | | 603 244 |

**Worksheet 4—Allocation of Unallowed Losses** (See instructions on page 9.)

| Name of activity | Form or schedule to be reported on | (a) Loss (See instructions.) | (b) Ratio (See instructions.) | (c) Unallowed loss (See instructions.) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total ▶ | | | 1.00 | |

**Worksheet 5—Allowed Losses** (See instructions on page 9.)

| Name of activity | Form or schedule to be reported on | (a) Loss (See instructions.) | (b) Unallowed loss (See instructions.) | (c) Allowed loss (See instructions.) |
|---|---|---|---|---|
| Benchmark (G) | Sch E | 6,792 | | 6,792 |
| Benchmark (L) | Sch E | 631 | | 631 |
| Bonifant (G) | Sch E | 110 311 | | 110,311 |
| Bonifant (L) | Sch E | 485 510 | | 485,510 |
| | | | | |
| Total ▶ | | 603,244 | | 603,244 |

**Worksheet 6—Activities With Los... Reported on Two or More Different F... or Schedules** (See instructions on page 9.)

| Name of Activity: | (a) (See instr.) | (b) (See instr.) | (c) Ratio (See instr.) | (d) Unallowed loss (See instr.) | (e) Allowed loss See instr.) |
|---|---|---|---|---|---|
| **Form or Schedule to be Reported on:** | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule . ▶ | | | | | |
| b Net income from form or schedule . . . . . . . ▶ | | | | | |
| c Subtract line 1b from line 1a. If -0- or less, enter -0- . . . . . . . . . . . . . ▶ | | | | | |
| **Form or Schedule to be Reported on:** | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule . ▶ | | | | | |
| b Net income from form or schedule . . . . . . . ▶ | | | | | |
| c Subtract line 1b from line 1a. If -0- or less, enter -0- . . . . . . . . . . . . . ▶ | | | | | |
| **Form or Schedule to be Reported on:** | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule . ▶ | | | | | |
| b Net income from form or schedule . . . . . . . ▶ | | | | | |
| c Subtract line 1b from line 1a. If -0- or less, enter -0- . . . . . . . . . . . . . ▶ | | | | | |
| Total . . . . . . . . . . . . . . . . . . . . ▶ | | | 1.00 | | |