**Internal Revenue Service**
Appeals Office
5205 Leesburg Pike
One Skyline Place, Suite 803
Bailey's Crossroads, VA 22041

**Department of the Treasury**

**Person to Contact:**
EDWARD WYRSCH
Employee ID Number: 54-03404
Tel: 202-874-3890
Fax: 202-874-4333

Date: OCT 1 4 2004

**Refer Reply to:**
AP:FE:BAI:EJW

**In Re:**
Income Tax Liability

CHARLES W BASSING III
11479 SENECA VIEW WAY
GREAT FALLS VA 22066

**Claim Amount(s):**
$68,696.00

**Tax Period(s) Ended:**
12/1991

**Certified Mail** #7004-1160 0002 9383 7317

Dear Taxpayer:

We are sorry, but we cannot allow the above claim for an adjustment to your tax, for the following reasons:

Your claim for a refund of income taxes in the amount of $68,969.00 is disallowed because it is determined that $882,871.00 reported as capital gains on your 1992 Form 1040 Federal Income Tax return from the disposition of your interest in the partnership 1110 Bonifoant Limitedj Partership is correct. We reject your revised position that the $882,871.00 should be treated as cancellation of indebtedness income, of which $734,727.00 should be treated as excludable because you were insolvent at the time that the partnership was liquidated.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver

GOVERNMENT EXHIBIT 11

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

*Kathryn A. Lester, Acting for*

GEORGE C. GRETES
Team Manager

Enclosures:
 Waiver

cc: Patrick G. Dooher

Form **2297**
(Rev. 03/1982)

# Waiver Statutory Notification of Claim Disallowance

I, _____ CHARLES W BASSING III, ████████ _____
(Name, SSN, or EIN)

of _____ 11479 SENECA VIEW WAY, GREAT FALLS, VA 22066 _____
(Number, Street City or Town, State, ZIP Code)

waive the requirement under Internal Revenue Code section 6532 (a) (1) that a notice of claim disallowance be sent to me by certified or registered mail for the claims for credit or refund shown in column (d), below.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

## Claims

| (a) Taxable Period(s) Ended | (b) Kind of Tax | (c) Amount of Claim | (d) Amount of Claim Disallowed |
|---|---|---|---|
| 12/31/1991 | Income | $68,898.00 | $68,898.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If you file this waiver for a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a partnership with excise or employment tax liability, all partners must sign. However, one partner may sign with appropriate evidence of authorization to act for the partnership.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

Your Signature _____ CHARLES W BASSING III _____ (Date Signed)

Spouse's Signature If A Joint Return Was Filed _____ (Date Signed)

Taxpayer's Representative Sign Here _____ Patrick G. Dooher _____ (Date Signed)

Partnership Corporate Name: _____

Partners/ Corporate Officers Sign Here _____ (Title) _____ (Date Signed)

_____ (Title) _____ (Date Signed)

NOTE - Filing this waiver within 6 months from the date the claim was filed will not permit filing a suit for refund before the 6-month period has elapsed unless a decision is made by the Service within that time disallowing the claims.

epartment of the Treasury - **Internal Revenue Service**    www.irs.gov    Form **2297**-c (Rev. 03/1982)

Gov. 145