# Form 1065 — U.S. Partnership Return of Income — 1991

Department of the Treasury — Internal Revenue Service
For calendar year 1991, or tax year beginning _____ and ending _____
OMB No. 1545-0099

- **A Principal business activity:** RENTAL
- **B Principal product or service:** REAL ESTATE
- **C Business code number:** 6511
- **Name:** 1110 BONIFANT LIMITED PARTNERSHIP
  R S COHEN, C W BASSING, GENERAL PARTNERS
- **Address:** 7811 MONTROSE ROAD #500
- **City, state, ZIP:** POTOMAC, MD 20854
- **D Employer identification number:** 52-1397799
- **E Date business started:** MAY 6, 1985
- **F Total assets:** 2,486.
- **G Check applicable boxes:** (2) X Final return
- **H Check accounting method:** (1) X Cash
- **I Number of partners in this partnership:** 7

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Less returns and allowances | |
| 1c | | |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit — Subtract line 2 from line 1c | |
| 4 | Ordinary income (loss) from other partnerships and fiduciaries | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | |
| 7 | Other income (loss) (attach schedule) | |
| 8 | Total income (loss). Combine lines 3 through 7 | |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 9a | Salaries and wages (other than to partners) | |
| 9b | Less jobs credit | |
| 9c | | |
| 10 | Guaranteed payments to partners | |
| 11 | Rent | |
| 12 | Interest | |
| 13 | Taxes | |
| 14 | Bad debts | |
| 15 | Repairs | |
| 16a | Depreciation | |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | |
| 16c | | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach schedule) | |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9c through 20 | |
| 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | 0. |

**Please Sign Here:** Signature of general partner — Date 4/2/92

RETAIN THIS COPY FOR YOUR FILES

**Paid Preparer's Use Only:**
- Firm's name: BERLIN, KARAM & RAMOS, P.A.
- Address: 8484 GEORGIA AVENUE, THIRD FLOOR, SILVER SPRING, MD
- E.I. No.: 52-1367749
- ZIP code: 20910

For Paperwork Reduction Act Notice, see page 1 of separate instructions.
H788
Form 1065 (1991)

Gov. 146
GOVERNMENT EXHIBIT 12
0077

1110 BONIFANT LIMITED PARTNERSHIP    950    7267-58   04
52-1397799
Case 1:06-cv-00712-TCW   Document 13-18   Filed 11/15/2007   Page 2 of 15

Form 1065 (1991)                                                                                     Page **2**

### Schedule A — Cost of Goods Sold

| # | Item | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c)
  (iv) ☐ Other (specify method used and attach explanation) ▶ ...........

b Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐

c Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No

d Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

### Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Is this partnership a limited partnership? | X | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below. | X | |
| 5 | Does this partnership meet **all** the requirements shown in the instructions for **Question 5**? | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264**, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during the year, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See the instructions for exceptions and filing requirements for form TD F 90-22.1.) If "Yes," enter the name of the foreign country. ▶ ........ | | X |
| 10 | Was the partnership the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not the partnership or any partner has any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections** on page 5 of the instructions | | X |

### Designation of Tax Matters Partner

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ RICHARD S. COHEN        Identifying number of TMP ▶ [redacted]

Address of designated TMP ▶ 7811 MONTROSE ROAD #500
POTOMAC, MD  20854

H788

0078

**Schedule K** Partners' Shares of Income, Credits, Deductions, Etc.

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 0. |
| 2 | Net income (loss) from rental real estate activities *(attach Form 8825)* | 2 | -179,952. |
| 3a | Gross income from other rental activities | | |
| b | Less expenses | | |
| c | Net income (loss) from other rental activities | 3c | |
| 4 | Portfolio income (loss): | | |
| a | Interest income | 4a | |
| b | Dividend income | 4b | |
| c | Royalty income | 4c | |
| d | Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4d | |
| e | Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4e | |
| f | Other portfolio income (loss) | 4f | |
| 5 | Guaranteed payments to partners | 5 | |
| 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) *(attach Form 4797)* | 6 | 746,054. |
| 7 | Other | 7 | |
| 8 | Charitable contributions *(attach list)* | 8 | |
| 9 | Section 179 expense deduction *(attach Form 4562)* | 9 | |
| 10 | Deductions related to portfolio income (itemize) | 10 | |
| 11 | Other | 11 | |
| 12a | Interest expense on investment debts | 12a | |
| b (1) | Investment income included on lines 4a through 4f above | 12b(1) | |
| (2) | Investment expenses included on line 10 above | 12b(2) | |
| 13a | Credit for income tax withheld | 13a | |
| b | Low-income housing credit | | |
| (1) | From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 13b(1) | |
| (2) | Other than on line 13b(1) for property placed in service before 1990 | 13b(2) | |
| (3) | From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 13b(3) | |
| (4) | Other than on line 13b(3) for property placed in service after 1989 | 13b(4) | |
| c | Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 13c | |
| d | Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities | 13d | |
| e | Credits related to other rental activities | 13e | |
| 14 | Other | 14 | |
| 15a | Net earnings (loss) from self-employment | 15a | |
| b | Gross farming or fishing income | 15b | |
| c | Gross nonfarm income | 15c | |
| 16a | Accelerated depreciation of real propery placed in service before 1987 | 16a | |
| b | Accelerated depreciation of leased personal property placed in service before 1987 | 16b | |
| c | Depreciation adjustment on property placed in service after 1986 | 16c | -7,786. |
| d | Depletion (other than oil and gas) | 16d | |
| e (1) | Gross income from oil, gas, and geothermal properties | 16e(1) | |
| (2) | Deductions allocable to oil, gas, and geothermal properties | 16e(2) | |
| f | Other adjustments and tax preference items | 16f | |
| 17a | Type of income ▶ | | |
| b | Foreign country or U.S. possession ▶ | | |
| c | Total gross income from sources outside the U.S. | 17c | |
| d | Total applicable deductions and losses | 17d | |
| e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | |
| f | Reduction in taxes available for credit | 17f | |
| g | Other foreign tax information | 17g | |
| 18a | Total expenditures to which a section 59(e) election may apply | 18a | |
| b | Type of expenditures ▶ | | |
| 19 | Other items and amounts required to be reported separately to partners SEE. STMT. 6 | | |
| 20a | Income (loss)-Combine lines 1 through 7 in column (b). From the result, subtract the sum of lines 8 through 12a, 17e, and 18a | 20a | 566,102. |
| b | Analysis by type of partner: | | |

| | | (a) Corporate | (b) Individual | | (c) Partnership | (d) Exempt organization | (e) Nominee/Other |
|---|---|---|---|---|---|---|---|
| | | | i. Active | ii. Passive | | | |
| (1) | General partners | | 56610 | Gov. 148 | | | |
| (2) | Limited partners | 70763 | | 230687 | 208042 | | |

0079

H788

Caution: *Read the instructions for Question 5 of Schedule B on page 14 of the instructions before completing Schedules L, M-1, and M-2.*

### Schedule L — Balance Sheets

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 89,090. | | 1,506. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets | STMT 3 | 24,274. | | 980. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments | | | | |
| 9a Buildings and other depreciable assets | 3,907,894. | | | |
| b Less accumulated depreciation | 805,030. | 3,102,864. | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | 657,035. | | |
| 12a Intangible assets (amortizable only) | 805,734. | | | |
| b Less accumulated amortization | 322,209. | 483,525. | | |
| 13 Other assets | | | | |
| 14 Total assets | | 4,356,788. | | 2,486. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities | STMT 4 | 2,655,000. | | 2,748,229. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 4,967,048. | | |
| 20 Other liabilities | STMT 5 | 46,585. | | |
| 21 Partners' capital accounts | | -3,311,845. | | -2,745,743. |
| 22 Total liabilities and capital | | 4,356,788. | | 2,486. |

### Schedule M-1 — Reconciliation of Income per Books With Income per Return

| | | | | |
|---|---|---|---|---|
| 1 Net income per books | 566,102. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | | |
| 2 Income included on Schedule K, lines 1 through 7, not recorded on books this year (itemize): | | a Tax-exempt interest $ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12a, 17e, and 18a (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12a, 17e, and 18a, not charged against book income this year (itemize): | | |
| a Depreciation $ | | a Depreciation $ | | |
| b Travel and entertainment $ | | | | |
| | | 7 Total of lines 5 and 6 | | |
| | | 8 Income (loss) (Schedule K, line 20a) - | | |
| 4 Total of lines 1 through 3 | 566,102. | Line 4 less line 7 | | 566,102. |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -3,311,845. | 6 Distributions: a Cash | | |
| 2 Capital contributed during year | | b Property | | |
| 3 Net income per books | 566,102. | 7 Other decreases (itemize): | | |
| 4 Other increases (itemize): | | | | |
| | | 8 Total of lines 6 and 7 | | |
| 5 Total of lines 1 through 4 | -2,745,743. | 9 Balance at end of year (line 5 less line 8) | | -2,745,743. |

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (X) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F) ▶ Attach to your tax return. ▶ See separate instructions. | **1991** Attachment Sequence No. 27 |

| Name(s) shown on return | Identifying number |
|---|---|
| 1110 BONIFANT LIMITED PARTNERSHIP R S COHEN, C W BASSING, GENERAL PARTNERS | 52-1397799 |

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft – Property Held More Than 1 Year

1  Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1991 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20  . . . . . . . . . . .  | 1 |

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) LOSS ((f) minus the sum of (d) and (e)) | (h) GAIN ((d) plus (e) minus (f)) |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3  Gain, if any, from Form 4684, Section B, line 21 . . . . . . . . . . . . . . . . . . .
4  Section 1231 gain from installment sales from Form 6252, line 22 or 30 . . . . . . . . . .
5  Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . .  | | 746,054
6  Add lines 2 through 5 in columns (g) and (h) . . . . . . . . . . . . . . . . . . . . | | 746,054
7  Combine columns (g) and (h) of line 6. Enter gain or (loss) here, and on the appropriate line as follows:  . . . . | | 746,054
   **Partnerships.** – Enter the gain or (loss) on Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.
   **S corporations.** – Report the gain or (loss) following the instructions for Form 1120S, Sch. K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.
   **All others.** – If line 7 is zero or a loss, enter the amount on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.
8  Nonrecaptured net section 1231 losses from prior years  . . . . . . . . . . . . . . .
9  Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows:  . . . .
   **S corporations.** – Enter this amount (if more than zero) on Schedule D (Form 1120S), line 7, and skip lines 11 and 12 below.
   **All others.** – If line 9 is zero, enter the amount from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the amount from line 9 as a long-term capital gain on Schedule D.

**Part II**  Ordinary Gains and Losses

10  Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

11  Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . .
12  Gain, if any, from line 7, or amount from line 8 if applicable . . . . . . . . . . . . .
13  Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . .
14  Net gain or (loss) from Form 4684, Section B, lines 13 and 20a . . . . . . . . . . . . .
15  Ordinary gain from installment sales from Form 6252, line 21 or 29 . . . . . . . . . . .
16  Recapture of section 179 deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations. . . . . . . . . . . . . . . . . . . . . .
17  Add lines 10 through 16 in columns (g) and (h) . . . . . . . . . . . . . . . . . .
18  Combine columns (g) and (h) of line 17. Enter gain or (loss) here, and on the appropriate line as follows: . . .   **0081**
   a  For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.
   b  For individual returns:
      (1) If the loss on line 11 includes a loss from Form 4684, Section B, Part II, column (b)(ii), enter that part of the loss here and on line 20 of Schedule A (Form 1040). Identify as from "Form 4797, line 18b(1)" . . . . . . . . .
      (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 15.

For Paperwork Reduction Act Notice, see separate Instructions.                                    H788       Form **4797** (1991)

91UT20 01/28/92

**Part III** Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

19 Description of section 1245, 1250, 1252, 1254, and 1255 property: | Date acquired (mo., day, yr.) | Date sold (mo., day, yr.)

A SEE STATEMENT 2
B
C
D

| Relate lines 19A through 19D to these columns ▶ | Property A | Property B | Property C | Property D |
|---|---|---|---|---|
| 20 Gross sales price (Note: See line 1 before completing.) | | | | |
| 21 Cost or other basis plus expense of sale | | | | |
| 22 Depreciation (or depletion) allowed or allowable | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 746,054. | | | |
| 25 If section 1245 property: | | | | |
| a Depreciation allowed or allowable from line 22 | | | | |
| b Enter the smaller of line 24 or 25a | | | | |
| 26 If section 1250 property: If straight line depreciation was used, enter -0- on line 26g unless you are a corporation subject to section 291. | | | | |
| a Additional depreciation after 12/31/75 | | | | |
| b Applicable percentage multiplied by the smaller of line 24 or line 26a | | | | |
| c Subtract line 26a from line 24. If line 24 is not more than line 26a, skip lines 26d and 26e | | | | |
| d Additional depreciation after 1969 and before 1976 | | | | |
| e Applicable percentage multiplied by the smaller of line 26c or 26d | | | | |
| f Section 291 amount (corporations only) | | | | |
| g Add lines 26b, 26e, and 26f | 0. | | | |
| 27 If section 1252 property: Skip this section if you did not dispose of farmland or if you are a partnership. | | | - | - |
| a Soil, water, and land clearing expenses | | | | |
| b Line 27a multiplied by applicable percentage | | | | |
| c Enter the smaller of line 24 or 27b | | | | |
| 28 If section 1254 property: | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | | | | - |
| b Enter the smaller of line 24 or 28a | | | | |
| 29 If section 1255 property: | | | | |
| a Applicable percentage of payments excluded from income under section 126 | | | | |
| b Enter the smaller of line 24 or 29a | | | | |

**Summary of Part III Gains** (Complete property columns A through D, through line 29b before going to line 30.)

| | |
|---|---|
| 30 Total gains for all properties. Add columns A through D, line 24. | 746,054. |
| 31 Add columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 (See the Instructions for Part IV if this is an installment sale.) | |
| 32 Subtract line 31 from line 30. Enter the portion from casualty and theft on Form 4684, Section B, line 15. Enter the portion from other than casualty and theft on Form 4797, line 5 | 746,054. |

**Part IV** Election Not to Use the Installment Method (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

33 Check here if you elect out of the installment method . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
34 Enter the face amount of the note or other obligation . . . . . . . . . . ▶ $_____
35 Enter the percentage of valuation of the note or other obligation . . . . . . . . ▶ _____ %

**Part V** Recapture Amounts Under Sections 179 and 280F When Business Use Drops to 50% or Less
(See Instructions for Part V.)

| | (a) Section 179 | (b) Section 280F |
|---|---|---|
| 36 Section 179 expense deduction or depreciation allowable in prior years | . | 0082 |
| 37 Recomputed depreciation | | |
| 38 Recapture amount. Subtract line 37 from line 36. (See Instructions for where to report.) | | |

1110 BONIFANT LIMITED PARTNERSHIP
52-1397799

36

| Form **8825**<br>Department of the Treasury<br>Internal Revenue Service | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation**<br>▶ Attach to Form 1065 or Form 1120S. | OMB No. 1545-1186<br>**1991** |
|---|---|---|
| Name | 1110 BONIFANT LIMITED PARTNERSHIP<br>R S COHEN, C W BASSING, GENERAL PARTNERS | Employer Identification number<br>52-1397799 |

1 Show the kind and location of each property. See page 2 for additional properties.

A  RENTAL PROPERTY                                          SEE STMT 1
   1110 BONIFANT ST, SILVER SPRING, MD

B

C

D

| | Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| 2 | Gross rents | 2 | 102,063 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | 5,138 | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | 12,521 | | | |
| 9 | Interest | 9 | 166,465 | | | |
| 10 | Repairs | 10 | 2,712 | | | |
| 11 | Taxes | 11 | 53,265 | | | |
| 12 | Utilities | 12 | 9,514 | | | |
| 13 | Wages and salaries | 13 | 4,568 | | | |
| 14 | Depreciation | 14 | 16,678 | | | |
| 15 | Other (list) ▶ | 15 | 11,154 | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | 282,015 | | | |

17 Total gross rents. Add gross rents from line 2, columns A through H . . . . . . . . . . . . . . . | 17 | 102,063

18 Total expenses. Add total expenses from line 16, columns A through H . . . . . . . . . . . . | 18 | 282,015

19 Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |

20a Net income (loss) from rental real estate activities from partnerships and fiduciaries in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) . . . . . . . . . . | 20a |

b Identify below the partnerships or fiduciaries from which net income or loss is shown on line 20a. Attach a schedule if more space is needed:

(1) Name                                              (2) Employer identification number

21 Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter result here and on Schedule K, line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | -179,952

For Paperwork Reduction Act Notice, see page 1 of the instructions.     H788     Form 8825 (1991)

Gov. 152

0083

91UW99 11/05/91

Form 8825 (1991) Page 2

1 Show the kind and location of each property.

E
F
G
H

| Rental Real Estate Income | | Properties | | | |
|---|---|---|---|---|---|
| | | E | F | G | H |
| 2 Gross rents | 2 | | | | |
| **Rental Real Estate Expenses** | | | | | |
| 3 Advertising | 3 | | | | |
| 4 Auto and travel | 4 | | | | |
| 5 Cleaning and maintenance | 5 | | | | |
| 6 Commissions | 6 | | | | |
| 7 Insurance | 7 | | | | |
| 8 Legal and other professional fees | 8 | | | | |
| 9 Interest | 9 | | | | |
| 10 Repairs | 10 | | | | |
| 11 Taxes | 11 | | | | |
| 12 Utilities | 12 | | | | |
| 13 Wages and salaries | 13 | | | | |
| 14 Depreciation | 14 | | | | |
| 15 Other (list) ▶ | 15 | | | | |
| 16 Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

H788

Gov. 153

0084

91UX00 10/24/91

```
52-1397799                                           050            7267-58
1110 BONIFANT LIMITED PARTNERSHIP

  FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91              PAGE    1

STATEMENT  1 - INCOME FROM RENTS

  PROPERTY 001 (RENTAL REAL ESTATE)

    RENTAL PROPERTY
    1110 BONIFANT ST, SILVER SPRING, MD

  TYPE OF ACTIVITY    RENTAL REAL ESTATE

  INCOME
    GROSS RENTS                                        69,380
    PARKING                                             3,805
    MISC                                                6,251
    WATER & SEWER REIMBURSEMENTS                        3,057
    OPERATING EXPENSES REIMBURSEMENT                   19,570
                                                     ---------

  TOTAL INCOME                                                       102,063

  EXPENSES

    CLEANING AND MAINTENANCE                                5,138
    LEGAL AND PROFESSIONAL FEES                            12,521

    MORTGAGE INT PD TO BANKS          166,465
                                     ---------
  SUBTOTAL INTEREST                                              166,465

    GENERAL REPAIRS                     1,542
    ELECTRICAL REPAIRS                     63
    MISCELLANEOUS REPAIRS                 558
    REPAIRS-ELEVATOR                      549
                                     ---------
  SUBTOTAL REPAIRS                                                 2,712

    TAXES - PROPERTY                   53,265
                                     ---------
  SUBTOTAL TAXES                                                  53,265

    UTILITIES                                                      9,514

    WAGES AND SALARIES                                             4,568

    DEPRECIATION (SEE BELOW)           16,678
                                     ---------

  NET DEPRECIATION                                                16,678
```

```
52-1397799                                          050              7267-58
1110 BONIFANT LIMITED PARTNERSHIP

  FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91         PAGE    2

STATEMENT  1 - INCOME FROM RENTS (CONTINUED)

  PROPERTY 001 (RENTAL REAL ESTATE)

  MISCELLANEOUS EXPENSES
      AMORTIZATION                          7,500
      MANAGEMENT FEES                         850
      PEST CONTROL                             42
      SUPPLIES                                212
      RUBBISH REMOVAL                         808
      SECURITY                              1,066
      ADMINISTRATION                          676
                                       ---------------
  SUBTOTAL MISCELLANEOUS EXPENSES                              11,154
                                                         ---------------
  TOTAL EXPENSES                                                        282,015
                                                                   ---------------


  NET INCOME OR (LOSS)                                                 -179,952
                                                                   ===============
                       DEPRECIATION CALCULATION
     DATE      COST OR    PRIOR YEARS                               CURRENT
   ACQUIRED     BASIS    DEPRECIATION   METHOD   YRS   PCT       DEPRECIATION
   --------    -------   ------------   ------   ---   ---       ------------
LAND
  LAND
   10/31/86    657,035                                                       0
19-YEAR RECOVERY PROPERTY
  BUILDING
   10/31/86  3,158,212      704,280      SL       19                    13,948
  BUILDING ADDITION
   05/01/87    400,685       76,931      SL       19                     1,770
3-YEAR MACRS PROPERTY
  APPRAISAL FEE
   10/19/90      7,500        7,500      SL        3                         0
              (ALT MIN ADJUSTMENT              -663)
7-YEAR MACRS PROPERTY
  FENCE AND GATE
   01/28/88      4,906        2,760      DDB       7                        51
              (ALT MIN ADJUSTMENT              -389)
NONRESIDENTIAL REAL PROPERTY
  BUILDING ADDITION
   02/10/88     11,410        1,041      SL     31.5                        30
              (ALT MIN ADJUSTMENT              -255)
  BUILDING ADDITION
   09/27/88      6,627          481      SL     31.5                        18
              (ALT MIN ADJUSTMENT              -148)
```

Gov. 155

**0086**

STATEMENT  1 (CONTINUED)

```
52-1397799                                           050            7267-58
1110 BONIFANT LIMITED PARTNERSHIP

   FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91          PAGE    3

STATEMENT  1 - INCOME FROM RENTS (CONTINUED)
                         DEPRECIATION CALCULATION
                                                                  CURRENT
       DATE       COST OR    PRIOR YEARS
       ACQUIRED   BASIS      DEPRECIATION   METHOD   YRS   PCT   DEPRECIATION
       --------   -------    ------------   ------   ---   ---   ------------
     TENANT IMPRV-EC
       05/01/88    2,295         192          SL    31.5              6
                  (ALT MIN ADJUSTMENT              -51)
     TENANT IMPRV-K.
       07/01/88   42,995        3,356         SL    31.5            114
                  (ALT MIN ADJUSTMENT              -961)
     TENANT IMPRV-DA
       08/01/88   32,659        2,463         SL    31.5             86
                  (ALT MIN ADJUSTMENT              -696)
     CORRIDOR
       06/09/89   11,136          546         SL    31.5             29
                  (ALT MIN ADJUSTMENT              -237)
     TENANT IMPRV-DA
       01/01/89  111,977        6,961         SL    31.5            296
                  (ALT MIN ADJUSTMENT            -2,386)
     TENANT IMPRV-INTEG
       03/01/89   83,763        4,764         SL    31.5            222
                  (ALT MIN ADJUSTMENT            -1,785)
     TENANT IMPRV-DATA
       01/01/90      525           16         SL    31.5              1
                  (ALT MIN ADJUSTMENT               -11)
     TENANT IMPRV-SARBANES
       01/01/90   13,006          396         SL    31.5             34
                  (ALT MIN ADJUSTMENT              -277)
     TENANT IMPRV-NURSES
       01/01/90   27,698          843         SL    31.5             73
                  (ALT MIN ADJUSTMENT              -590)
                 ------------  ------------                     ------------
     TOTAL ALT MIN TAX ADJUSTMENTS                                 -8,449

 TOT LAND           657,035                                             0
 TOT 19YR REAL    3,558,897       781,211                          15,718
 TOT 3YR MACRS        7,500         7,500                               0
 TOT 7YR MACRS        4,906         2,760                              51
 TOT NONRES RL      344,091        21,059                             909
                 ------------  ------------                     ------------
     TOTALS       4,572,429       812,530                          16,678
                 ============  ============                     ============
```

0087

Gov. 156

STATEMENT  1 (CONTINUED)

```
52-1397799                                      050            7267-58
1110 BONIFANT LIMITED PARTNERSHIP

    FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91        PAGE   4

STATEMENT  1 - INCOME FROM RENTS (CONTINUED)

                              AMORTIZATION CALCULATION
           DATE      COST OR    ACCUMULATED     CODE      AMORT.  AMORTIZATION
DESC     ACQUIRED     BASIS     AMORTIZATION   SECTION    YR OR%  FOR THIS YR
----     --------    -------    ------------   -------    ------  ------------
  1985 CONST INT & RE TAXES
         07/01/85     16,947       10,167  189             10.0          142
  1986 CONST INT & RE TAXES
         07/01/86    153,313       76,656  189             10.0        1,277
  ORGANIZATIONAL CO
         01/01/86      7,437        7,435  248              5.0            2
  LEASE FEE-BROCHUR
         01/01/86      5,145        4,116  178              5.0           86
  LEASE FEE-JOHNSON
         07/01/87     36,949       21,554  178              6.0          513
  LEASE FEE-TELLE
         08/01/87     10,320        6,044  178              5.8          147
  LEASE FEE-GENER
         06/01/87        525          376  178              5.0            9
  LOAN COSTS-EXTE
         11/18/88     50,000       50,000  709              2.0            0
  LEASING FEES-K.
         01/01/88      9,899        6,600  178              4.5          183
  LEASE FEES-ECOS
         05/01/88     22,642       20,126  178              3.0          210
  LEASE FEES-DATA
         08/01/88     23,592       11,402  178              5.0          393
  LEASE FEES-DATA
         06/01/89     15,797        6,003  178              4.2          316
  LEASE FEES-RUFUS S. LUSK
         01/01/89    110,654       22,130  178             10.0          922
  LEASE FEES-INTEGRATED
         03/01/89     20,862        7,649  178              5.0          348
  LEASE FEES-PAUL SARB
         08/01/89      1,045          273  178              5.4           16
  LEASE FEES-NATIONAL
         08/01/89     38,729        9,146  178              6.0          538
  LEASE ACQUISIT-RUFUS S.
         01/01/89    257,320       51,464  178             10.0        2,144
  LEASE ACQUISIT-NAT NURSES
         08/01/89      7,500        1,771  178              6.0          104
  LEASE ACQUISIT-NAT NURSES
         01/01/90        700          125  178              5.6           10
  LEASE FEES-SARBANES
         01/01/90      4,122          824  178              5.0           69
  LEASE FEES-NURSES
         01/01/90      4,736          848  178              5.6           71
                               ------------  -------------              ------------
TOTALS                798,234      314,709                               7,500
```

0088

```
52-1397799                                        050            7267-58
1110 BONIFANT LIMITED PARTNERSHIP

  FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91         PAGE    5

STATEMENT  1 - INCOME FROM RENTS (CONTINUED)
                           AMORTIZATION CALCULATION
           DATE         COST OR    ACCUMULATED     CODE      AMORT.  AMORTIZATION
  DESC   ACQUIRED        BASIS     AMORTIZATION   SECTION    YR OR%  FOR THIS YR
  ----   --------       -------    ------------   -------    ------  ------------
                       ============ =============                    ============
------------------------------------------------------------------------------


STATEMENT   2 - SALES OF BUSINESS PROPERTY

RENT 001

GAIN ON SALES OF PROPERTY UNDER SECTION 1250

    DESCRIPTION
      COMMERCIAL OFFICE BUILD
    NONRESIDENTIAL PROPERTY
      DATE ACQUIRED 10/31/86    DATE SOLD  2/01/91
      SALES PRICE                                              4,967,048
      COST OR OTHER BASIS                       5,307,474
      TOTAL DEPRECIATION                        1,086,480
      ADJUSTED BASIS                                           4,220,994
                                                              ------------
    GAIN                                                         746,054

    TOTAL ORDINARY GAIN                                                0
                                                              ------------

    OTHER GAIN                                                   746,054
                                                              ============

------------------------------------------------------------------------------

ACTIVITY SUMMARY               ORDINARY        OTHER           TOTAL

  SECTION 1250 GAIN                   0       746,054          746,054

------------------------------------------------------------------------------
```

Gov. 158

**0089**

STATEMENTS 1 (CONTINUED) - 2

```
52-1397799                                        050              7267-58
1110 BONIFANT LIMITED PARTNERSHIP

   FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91      PAGE    6
STATEMENT   2 - SALES OF BUSINESS PROPERTY (CONTINUED)


GRAND TOTALS                ORDINARY          OTHER            TOTAL

   SECTION 1250 GAIN                0        746,054          746,054
------------------------------------------------------------------------


STATEMENT   3 - OTHER CURRENT ASSETS

                                           BEGINNING OF       END OF
                                           TAXABLE YEAR    TAXABLE YEAR
     DUE FROM PARTNER                             980             980
     DUE FROM MGMT CO                          23,294
                                           ----------------------------
  TOTAL OTHER CURRENT ASSETS                   24,274             980
                                           ============================

------------------------------------------------------------------------


STATEMENT   4 - OTHER CURRENT LIABILITIES

                                           BEGINNING OF       END OF
                                           TAXABLE YEAR    TAXABLE YEAR

     LOANS PAYABLE-PARTNER                  2,655,000       2,748,229
                                           ----------------------------

  TOTAL OTHER CURRENT LIABILITIES            2,655,000       2,748,229
                                           ============================
```

```
52-1397799                                    050            7267-58
1110 BONIFANT LIMITED PARTNERSHIP

    FEDERAL PARTNERSHIP STATEMENTS - YEAR ENDING 12/31/91      PAGE    7

STATEMENT   5 - OTHER LIABILITIES

                                           BEGINNING OF        END OF
                                           TAXABLE YEAR     TAXABLE YEAR

    SECURITY DEPOSITS                          46,585
                                      ---------------------------------

    TOTAL OTHER LIABILITIES                    46,585              0
                                      =================================

------------------------------------------------------------------------


STATEMENT   6 - SCHEDULE K, LINE 19, OTHER ITEMS

    OTHER ITEMS

       THIS IS YOUR FINAL K-1. PLEASE CONSULT
       YOUR TAX ADVISOR REGARDING ANY TAX
       CONSEQUENCES WITH YOUR ENDING CAPITAL
       ACCOUNT.
```