IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-712 T
(Judge Thomas C. Wheeler)

---

CHARLES W. BASSING, III

Plaintiff,

v.

THE UNITED STATES

Defendant.

---

**JOINT STATUS REPORT**

---

The parties hereby file the following Joint Status Report pursuant to this Court's opinion and order dated March 18, 2008, in which defendant was granted summary judgment with respect to count one of plaintiff's complaint, and the parties were instructed to advise the Court by April 7, 2008, of how they intend to proceed with respect to count two of plaintiff's complaint.

Count two of plaintiff's complaint addresses the issue of whether plaintiff had "reasonable cause" for his failure to pay his 1991 tax liability when the obligation came due, sufficient to exculpate plaintiff from the failure to pay penalty imposed by § 6651(a)(2). The parties believe that count two of the complaint is susceptible to being settled. Accordingly, the parties propose that the Court grant the parties 60 days to conduct discovery on the count two issue and engage in settlement negotiations. The parties propose filing a Joint Status Report with the Court on June 6, 2008, to update the Court on the progress of their settlement efforts.

Respectfully submitted,

April 7, 2008

s/ Patrick G. Dooher
PATRICK G. DOOHER
1700 K Street, NW
Suite 300
Washington, DC 20006
Voice: (202) 452-7991
Fax: (202) 452-7989
Email: patrick.dooher@bipc.com

Counsel for Plaintiff

April 7, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

April 7, 2008

s/ G. Robson Stewart
Of Counsel

Counsel for Defendant