# In the United States Court of Federal Claims

No. 06-712T

(Filed: April 8, 2008)

*********************************** *
*
CHARLES W. BASSING, III, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*********************************** *

ORDER

Pursuant to the parties' April 7, 2008 Joint Status Report, the Court grants the parties 60 days to conduct discovery and engage in settlement discussions on Count Two of Plaintiff's Complaint. The parties shall file a Joint Status Report on or before June 6, 2008 informing the Court of their progress toward settlement. If the parties reach an impasse before June 6, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge