IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-712 T
(Judge Thomas C. Wheeler)

---

CHARLES W. BASSING, III,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**JOINT STATUS REPORT**

---

The parties hereby file the following Joint Status Report pursuant to this Court's order dated April 8, 2008, in which the parties were instructed to conduct discovery with respect to Count Two of the complaint to determine if the parties could settle the remaining issue in this case.

The parties have agreed to stipulate to a dismissal of Count Two of plaintiff's compliant in two parts.

1. First, the parties agreed to stipulate to a dismissal of paragraph 30 of the complaint, with prejudice, so that plaintiff waives any and all reasonable cause defenses to his failure to pay his 1991 tax liability when the obligation came due.

2. Second, the parties agreed to stipulate to a dismissal of the remainder of Count Two, paragraphs 28, 29 and 31, without prejudice, such that plaintiff reserves the right to reinstate his claims in paragraphs 28, 29 and 31, if he succeeds in an appeal of the Court's March 18, 2008, decision with respect to Count One.

The Joint Stipulations agreeing to the above terms are filed separately on this date. The parties are of the understanding that through the filing of these joint stipulations, the instant litigation is fully resolved and judgment may be entered.

Respectfully submitted,

June 6, 2008

s/ Patrick G. Dooher
PATRICK G. DOOHER
1700 K Street, NW
Suite 300
Washington, DC 20006
Voice: (202) 452-7991
Fax: (202) 452-7989
Email: patrick.dooher@bipc.com

Counsel for Plaintiff

June 6, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID D. GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

June 6, 2008

s/ G. Robson Stewart
Of Counsel

Counsel for Defendant