IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-712 T
(Judge Thomas C. Wheeler)

CHARLES W. BASSING, III,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**JOINT STIPULATION TO PARTIAL DISMISSAL OF COUNT TWO OF THE COMPLAINT**

The parties hereby file the following Joint Stipulation to dismiss, with prejudice, paragraph 30 under Count Two of the complaint. Paragraph 30 alleges that plaintiff had reasonable cause for his failure to pay his 1991 income tax liability when the obligation came due. Plaintiff hereby waives any and all reasonable cause defense to his failure to timely pay his 1991 income tax liability when the obligation came due.

Respectfully submitted,

June 6, 2008

s/ Patrick G. Dooher
PATRICK G. DOOHER
1700 K Street, NW
Suite 300
Washington, DC 20006
Voice: (202) 452-7991
Fax: (202) 452-7989
Email: patrick.dooher@bipc.com

Counsel for Plaintiff

June 6, 2008

s/ Jeffrey R. Malo
JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

June 6, 2008

s/ G. Robson Stewart
Of Counsel

Counsel for Defendant