IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-712 T
(Judge Thomas C. Wheeler)

CHARLES W. BASSING, III,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**JOINT STIPULATION TO PARTIAL DISMISSAL OF COUNT TWO OF THE COMPLAINT**

The parties hereby file the following Joint Stipulation to dismiss, without prejudice, paragraphs 28, 29 and 31 under Count Two of the complaint. Paragraph 28 restates and incorporates by reference the allegations of Count One, on which the Court granted Summary Judgment to defendant on March 18, 2008. Paragraph 29 alleges that plaintiff was not liable for the addition to income tax for the failure to pay his 1991 income tax liability, under 26 U.S.C. § 6651(a)(2), because plaintiff alleges that he was not liable for the underlying tax. Paragraph 31 alleges that plaintiff overpaid an addition to tax for 1991 in an amount of least $15,367, as a result of the penalty imposed by 26 U.S.C. § 6651(a)(2).

Plaintiff reserves the right to appeal the Court's decision with respect to Count One of the complaint, and reserves the right to reinstate paragraphs 28, 29 and 31 under Count Two of the complaint; if on appeal, it is determined that plaintiff is not liable for the underlying tax at issue in Count One.

Respectfully submitted,

June 6, 2008

s/ Patrick G. Dooher

PATRICK G. DOOHER
1700 K Street, NW
Suite 300
Washington, DC 20006
Voice: (202) 452-7991
Fax: (202) 452-7989
Email: patrick.dooher@bipc.com

Counsel for Plaintiff

June 6, 2008

s/ Jeffrey R. Malo

JEFFREY R. MALO
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice: (202) 305-7539
Fax: (202) 514-9440
Email: jeffrey.r.malo@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

June 6, 2008

s/ G. Robson Stewart

Of Counsel

Counsel for Defendant