# In the United States Court of Federal Claims

**No. 06-712 T**

**CHARLES W. BASSING, III,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed March 18, 2008 and Order for Entry of Judgment, filed June 9, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Count One of Plaintiff's complaint is dismissed with prejudice. Count Two, paragraph 30 of Plaintiff's complaint is dismissed with prejudice, and Count Two, paragraphs 28, 29, and 31 of Plaintiff's complaint are dismissed without prejudice. No costs to either party.

John S. Buckley
Acting Clerk of Court

**June 12, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.