ORIGINAL

Form 2

**FORM 2. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
AUG 8 2008
U.S. COURT OF FEDERAL CLAIMS

# United States Court of Federal Claims

Case Number 06-712 T

Charles W. Bassing, III, Plaintiff,

v. **NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that Charles W. Bassing, III, plaintiff (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment (from the final judgment) ((from an order) (describe the order)) entered in this action on June 12, 2008 (date).

(Signature of appellant or attorney)

Patrick G. Dooher, Attorney for Plaintiff

1700 K Street., NW, Suite 300, Washington, DC 20006

(Address of appellant or attorney)

*_See_ Fed. R. App. P. 3(c) for permissible ways of identifying appellants.